**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter   11

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Accent Comfort Services, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA Accent Heating and Cooling |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 20-1929409 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 9013 Perimeter Woods Drive, Suite G <br> Charlotte, NC 28216 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Mecklenburg | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)**   accentcomfortservices.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   __Accent Comfort Services, LLC_____   Case number (*if known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐  Railroad (as defined in 11 U.S.C. § 101(44))

☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒  None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐  Chapter 7

☐  Chapter 9

☒  Chapter 11. *Check all that apply:*

   ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐  A plan is being filed with this petition.

   ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____   When _____   Case number, if known _____

Debtor    Accent Comfort Services, LLC _____    Case number (*if known*) _____
     Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                                 Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

           Contact name    _____

           Phone    _____

---

    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   Accent Comfort Services, LLC _____      Case number (*if known*) _____
_____
Name

░░░░   **Request for Relief, Declaration, and Signatures**
_____

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01/26/2026
MM / DD / YYYY

X /s/   Frank C. Celeste _____      Frank C. Celeste _____
Signature of authorized representative of debtor      Printed name

Title   Officer _____

_FRANK CELESTE_

**18. Signature of attorney**   X /s/ John C. Woodman _____      Date _____
Signature of attorney for debtor      MM / DD / YYYY

John C. Woodman _____
Printed name

ESSEX RICHARDS PA _____
Firm name

1701 South Boulevard
Charlotte, NC 28203 _____
Number, Street, City, State & ZIP Code

Contact phone   (704) 377-4300 _____      Email address   jwoodman@essexrichards.com _____

42365 NC _____
Bar number and State

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **ACCENT COMFORT SERVICES, LLC** | ) | **Case No. 26-** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## LIST OF EQUITY SECURITY HOLDERS

Below is a list of the Debtor's equity security holders which is prepared in accordance with Bankruptcy Rule 1007(a)(3) for filing in this Chapter 11 case:

Frank Celeste Sr. – 50%
Frank C. Celeste – 50%

Date: January 27, 2026
Charlotte, NC

**ESSEX RICHARDS, P.A.**

/s/ John C. Woodman
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

**ACCENT COMFORT SERVICES, LLC**

By: /s/
Print Name: Frank Celeste, Sr.
Its: Officer

By: /s/
Print Name: Frank C. Celeste,
Its: Officer

## COMPANY RESOLUTION

I, the undersigned, being the Member Manager ACCENT COMFORT SERVICES, LLC., a South Carolina LIMITED LIABILITY COMPANY (the "Company"), having corporate headquarters located in Mecklenburg County, North Carolina, do hereby adopt the following resolutions by signing below to consent to action without holding a formal meeting the Company:

**RESOLVED**, that the filing by the Company of a petition for relief under chapter 11 of title 11, United States Code (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of North Carolina is approved; and it is

**FURTHER RESOLVED**, that the officer of the Company is authorized, empowered, and directed to execute on behalf of the Company a petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Western District of North Carolina, and any affidavits, forms, schedules, application or any other pleadings or documents which are necessary or appropriate, including debtor-in-possession financing arrangements; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of the law firm of Essex Richards, P.A.., upon such terms and conditions as the Officer of the Company shall approve, to render legal services to, and to represent the Company in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that the retention on behalf of the Company of Michael Bowers as the Chief Restructuring Officer, upon such terms and conditions as the Officer of the Company shall approve, in connection with such chapter 11 proceedings and other related matters in connection therewith, is authorized and approved; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are each severally authorized to retain on behalf of the Company such other professionals as the Officer of the Company deem necessary or appropriate, upon such terms and conditions as the Officer of the Company shall approve, to render services to the Company in connection with such chapter 11 proceedings and with respect to other related matters in connection therewith; and it is

**FURTHER RESOLVED**, that any of the Officer of the Company are authorized, empowered, and directed to take any and all further action and to execute and deliver any and all such further instruments and documents and to pay all such expenses (subject to bankruptcy court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and it is

**FURTHER RESOLVED**, that all actions taken by the Officer of the Company prior to the date hereof in connection with the reorganization of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed, and approved.

Dated: Charlotte, North Carolina
January 27 , 2026

ACCENT COMFORT SERVICES, LLC

By: /s/ _____
Print Name: Frank Celeste, Sr.
Its:  Officer

By: /s/ _____
Print Name: Frank C. Celeste
Its:  Officer

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **ACCENT COMFORT SERVICES, LLC** | ) | **Case No. 26-** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned for **ACCENT COMFORT SERVICES, LLC** in the above captioned action, certifies that the following is a limited liability company, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

Frank Celeste Sr. – 50%
Frank C. Celeste – 50%

Date: January 27, 2026
Charlotte, NC

ESSEX RICHARDS, P.A.

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax: (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

**ACCENT COMFORT SERVICES, LLC**

By: */s/*
Print Name: Frank Celeste, Sr.
Its: Officer

By: */s/*
Print Name: Frank C. Celeste,
Its: Officer

# United States Bankruptcy Court
## Western District of North Carolina

In re   Accent Comfort Services, LLC

Debtor(s)

Case No. _____

Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   1/27/26 _____

/s/  Frank C. Celeste
Frank C. Celeste/Officer
Signer/Title

9013 Perimeter Woods Drive, Suite G
Charlotte, NC 28216


Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346


U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


U.S. Attorney's Office
Western District of North Carolina
227 West Trade Street Suite 1650
Charlotte, NC 28202


John C. Woodman
1701 South Boulevard
Charlotte, NC 28203


N.C. Depart of Revenue/Bankruptcy Unit
P O Box 1168
Raleigh, NC 27602-1168


City-County Tax Collector
P O Box 31637
Charlotte, NC 28231


4 Square Networking
P.O. Box 291
Concord, NC 28026


AF4 Charlotte Industrial
9500 Pines Blvd., Ste. 300
Pembroke Pines, FL 33024


Ally Financial
P.O. Box 9001951
Louisville, KY 40290-1951


Amazon
P.O. Box 960016
Orlando, FL 32896


American National
One Moody Place
Galveston, TX 77550


Ameritas
P.O. Box 81889
Lincoln, NE 68501


Apple
One apple Park Way
Cupertino, CA 95014

AT&T
P.O. Box 6416
Carol Stream, IL 60197


Auto Zone
123 S. Front St.
Memphis, TN 38103


Baker Distributing
3301 Woodpark Blvd.
Charlotte, NC 28206


Better Business Bureau
9719 North East Parkway
Matthews, NC 28105


Blue Cross Blue Sheidl
P.O. Box 580017
Charlotte, NC 28258


BNI Dan Action Alliance
3430 Torington Way, Ste. 300
Charlotte, NC 28277


BNI Sr. Morning Pacesetters
P.O. Box 634
Huntersville, NC 28078


Boom Truck Service
9400 Kingsmead Ln.
Waxhaw, NC 28173


BP
501 Westlake Park Blvd.
Houston, TX 77079


Bulldog Roofing & Construction
18525 Statesville Rd., Ste. D-2
Cornelius, NC 28031


Canon
14904 Collections Center Dr.
Chicago, IL 60693-0149


Carrier
4300 Golf Acres Dr.
Charlotte, NC 28208


Catawba Valley Supply
870 Ella St., NW
Charlotte, NC 28269


Charles Schwab
P.O. Box 628291
Orlando, FL 32862-8591

Chase Auto
P.O. Box 650351
Dallas, TX 75265

Chase Auto
P.O. Box 78232
Phoenix, AZ 85062-8232

Chrysler
P.O. Box 660335
Dallas, TX 75266

Cincinnati Insurance
P.O. Box 145496
Cincinnati, OH 45250-5496

Cintas
P.O. Box 630803
Cincinnati, OH 45263

City Electric
2240 Boyer St.
Charlotte, NC 28208

City of Charlotte
229 South Brevard St., Ste. 102
Charlotte, NC 28202

City of Concord
Attn: Leigh Ann Sells
P.O. Box 308
Charlotte, NC 28205

City of Fountain Inn
200 N. Main St.
Fountain Inn, SC 29644

City of Gastonia
Revenue Division
P.O. Box 1748
Gastonia, NC 28053

City of Greenville
P.O. Box 2580
Greenville, SC 29601

City of Indian Trail
P.O. Box 2430
Indian Trail, NC 28079

City of Landrum
100 N. Sharmock Ave.
Landrum, SC 29356

City of Monroe
300 W. Crowell St.
Monroe, NC 28112


City of Rock Hill
P.O. Box 11706
Rock Hill, SC 29731-1706


City of Tega Cay
7725 Tega Cay Dr.
Fort Mill, SC 29708


City of Waxhaw
P.O. Box 6
Waxhaw, NC 28173


Cleareant Processing
222 S. Central Avenue, Ste. 700
Saint Louis, MO 63105


Clearview Legal
P.O. Box 680128
Charlotte, NC 28216


Corporate Service Company, as Rep.
P.O. Box 2576
Springfield, IL 62708


County of Lancaster
P.O. Box 1809
Lancaster, SC 29721


Creditors Relief
120 Sylvan Ave., Ste. 300
Englewood Cliffs, NJ 07632


CT Corporation System as Rep.
Attn: SPRS
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203


Dealers
3731 Woodpark Blvd.
Charlotte, NC 28206


Delta Dental
32406 Collection Center Dr.
Chicago, IL 60693


Dial Pad
3001 Bishop Drive, Ste. 400A
San Ramon, CA 94583


Discount Tire
P.O. Box 842349
Los Angeles, CA 90084

DLM Enterprises, LLC
17401 Sailors Watch Place
Cornelius, NC 28031


Duke Energy
P.O. Box 1094
Charlotte, NC 28201


Duke Energy
Customer Service
P.O. Box 70516
Charlotte, NC 28272


Efax
700 S. Flower St., 15th Floor
Los Angeles, CA 90017


Emburse
1701 N. Market St., #330
Dallas, TX 75202


Epting Charlotte
1320 Atando Avenue
Charlotte, NC 28206


Extra Space
2795 E. Cottonwood Pkwy. #400
Salt Lake City, UT 84121


Family Funding Group
11740 Atwood Rd.
Auburn, CA 95603


FEDEX
P.O. Box 223125
Pittsburgh, PA 15251


Ferguson
5025 Sunset Rd.
Charlotte, NC 28269


Fieldedge
950 East Paces Ferry Rd. NE #1900
Atlanta, GA 30326


Fox Funding
803 S. 21st St. Ave.
Hollywood, FL 33020


Frank C. Celeste
6009 Colonial Garden Dr.
Huntersville, NC 28078


Fundkite
88 Pine St., Suite 4430
New York, NY 10005

GB Electric Services
7209-J #252 E. WT Harris Blvd.
Charlotte, NC 28227


GEMarie Distributors
3401 Woodpark Blvd.
Charlotte, NC 28206


Globe Life
LN Worksite Billing Dept.
P.O. Box 248889
Oklahoma City, OK 73124


GM Financial
P.O. Box 183593
Arlington, TX 76096


GM Financial
P.O. Box 78143
Phoenix, AZ 85062


Grainger Charlotte
1404 South Mint St.
Charlotte, NC 28203


Graybar
2500 Wilkinson Blvd.
Charlotte, NC 28208


Hahn Mason Air Systems
4901 Dwight Evans Rd.
Charlotte, NC 28217


Hamrick Lane & Co., PLLC
P.O. Box 1844
Huntersville, NC 28070


HERC Rentals
P.O. Box 650280
Dallas, TX 75265


Home Depot
2815 Home Depot Blvd.
Rock Hill, SC 29730


Hughes
16235 Northcross Dr.
Huntersville, NC 28078


Insight
9006 Perimeter Woods. Dr., Ste. E
Charlotte, NC 28216


InSouth Insurance
P.O. Box 769
Mooresville, NC 28117

Internal Revenue Service
P.O. Box 105225
Atlanta, GA 30348-5225


IPFS
P.O. Box 730223
Dallas, TX 75373-0223


Joe's Tire Service
117 Cherokee Lane
Indian Trail, NC 28079


John Hancodk
P.O. Box 2503
New York, NY 10116


Johnstone
6626 NW 20th Ave.
Fort Lauderdale, FL 33306


Kathy Celeste
6013 Colonial Garden Dr.
Huntersville, NC 28078


Lake Norma Dodge
P.O. Box 457
Cornelius, NC 28031


Lake Norman Graphics
13360 Northcross Drive, St. 102
Huntersville, NC 28078


Layton's Crane & Tree Service
18900 Davidson-Concord Rd.
Davidson, NC 28036


Leaf
P.O. Box 742647
Cincinnati, OH 45274-2647


Lincoln County
Attn: Accounts Receivable
115 W. Main St.
Lincolnton, NC 28092


M & A Supply
45 Brookfield  Oaks Dr.
Greenville, SC 29607


McCalls
1520 Roper Mountain Road, Ste. A
Greenville, SC 29615


Mecklenburg County
P.O. Box 1400
Charlotte, NC 28201

Microsoft
One Microsoft Way
Redmond, WA 98052


NC Child Support Centralized Collection
2001 Mail Service Center
Raleigh, NC 27699


NC Department of Revenue / Bankruptcy Un
P.O. Box 1168
Raleigh, NC 27602-1168


NC Plumbing Htg. Fire Sprinkler
1109 Dresser Ct.
Raleigh, NC 27609


NC Quick Pass
P.O. Box 100020
Atlanta, GA 30348-0020


NC Secretary of State
P.O. Box 29622
Raleigh, NC 27626-0525


Newtek Small Business
1981 Marcus Avenue, Ste. 130
Lake Success, NY 11042


Pacific Imaging
2033 San Elijo Ave., Suite 202
Cardiff, CA 92007


Piedmont Natural Gas
123 S. 3rd Ave., Ste. 28
Sandpoint, ID 83864


Pinnacle Bank
P.O. Box 292487
Nashville, TN 37229


Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887


Pure Water Partners
123 S. 3rd Ave., Ste. 28
Sandpoint, ID 83864


QFS Capital
110 E. Broward Blvd., Suite 1550
Fort Lauderdale, FL 33301


Quickbooks
2700 Coast Ave.
Mountain View, CA 94043

RE Michel Company
3731 Woodpark Blvd., Ste. B
Charlotte, NC 28206


Reliant
670 Cross Point Rd.
Columbus, OH 43230


Rotary Club of Lake Norman
P.O. Box 2306
Huntersville, NC 28078


SC DOR
Corporate 2D
Columbia, SC 29214-0031


SC Secretary of State
1205 Pendleton St., Ste. 525
Columbia, SC 29201


Schooley Mitchell
9200 176th St., E #183
Puyallup, WA 98375


Service Titan
800 N. Brand Blvd., Ste. 100
Glendale, CA 91203


SiriusSXM
P.O. Box 71170
Philadelphia, PA 19176


Southern Connector
P.O. Box 408
Piedmont, SC 29673


Spartanburg Permit
P.O. Box 1749
Spartanburg, SC 29304


Spectrum
400 Washington Blvd
Stamford, CT 06902


Stacie Celeste
6009 Colonial Garden Dr.
Huntersville, NC 28078


Standard Insurance Company
P.O. 5676
Portland, OR 97228-5676


Staples
P.O. Box 105638
Atlanta, GA 30348

Steven Champagne
246 Sam Ferguson Rd.
Gastonia, NC 28052

Stop Restoration
10015 Andres Duanny Dr.
Huntersville, NC 28078

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Supplyhouse.com
130 Spagnoli Rd.
Melville, NY 11747

Sustainable Plumbing, LLC
171 Lenmore Dr., SE
Concord, NC 28025

Taratino Law
8584 NC Highway 150 E
Terrell, NC 28682

TD Auto
P.O. Box 16039
Lewiston, ME 04243

Tin Man Fabrication
4017 Hartley St.
Charlotte, NC 28206

Town of Cornelius
P.O. Box 399
Cornelius, NC 28031

Town of Garner
413 North Main St.
Mooresville, NC 28115

Town of Mooresville
413 North  Main St.
Mooresville, NC 28115

Trane
8810 Air Park West Dr., Ste. 8
Charlotte, NC 28214

Travelers
P.O. Box 660317
Dallas, TX 75266

UniFirst
2801 Unifirst Drive
Owensboro, KY 42301

Union County
P.O. Box 580194
Charlotte, NC 28258


United Refrigeration
2233 Interstate North Dr., Ste. B
Charlotte, NC 28206


United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711


United States Treasury
P.O. Box 105703
Atlanta, GA 30348


Valvoline, LLC
P.O. Box 74008513
Chicago, IL 60674-8513


Venmo
P.O. Box 71718
Philadelphia, PA 19176


Verizon
P.O. Box 660108
Dallas, TX 75266-0108


Verizon Connect
5055 N. Point Pkwy.
Alpharetta, GA 30022


Virginia Air
5529 Lakeview Road
Charlotte, NC 28269


Vision Office
P.O. Box 7527
Charlotte, NC 28241


Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648


Westbend Insurance
1900 S. 18th Ave.
West Bend, WI 53095


Willow Dumpsters
1609 Park Rd.
Charlotte, NC 28203


Wrapmate
5555 DTC Pkwy., Ste. 310
Greenwood Village, CO 80111