| Fill in this information to identify the case: | |
|---|---|
| Debtor name   Accent Comfort Services, LLC | |
| United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA | |
| Case number (if known)  26-30097 | ☐ Check if this is an amended filing |

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒     *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B).
☒     *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒     *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒     *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒     *Schedule H: Codebtors* (Official Form 206H)
☒     *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐     Amended *Schedule* _____
☐     *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐     Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/20/26      X /s/   Frank C. Celeste _____
                                    Signature of individual signing on behalf of debtor

                        Frank C. Celeste _____
                        Printed name

                        Officer _____
                        Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Accent Comfort Services, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-30097

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................................... $ 334,385.39

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................... $ 334,385.39

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 450,994.97

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..................................................................... $ 13,500.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$ 2,342,657.23

4. **Total liabilities** ...........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                   $ 2,807,152.20

**Fill in this information to identify the case:**

Debtor name    Accent Comfort Services, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    26-30097

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**        **Current value of debtor's interest**

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Pinnacle Bank | Checking (Accounts Payable) | 7938 | $0.00 |
| 3.2. | Pinnacle Bank | Checking (Payroll) | 7888 | $0.00 |
| 3.3. | Pinnnacle | Checking (Deposit Acct) | 7813 | $13,248.79 |
| 3.4. | Pinnacle Bank | Checking (Purchasing Acct) | 7987 | $1,296.44 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $14,545.23

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __Accent Comfort Services, LLC_____     Case number *(If known)* _26-30097_____
        Name

Description, including name of holder of deposit

7.1. AF4 Charlotte Industrial (security deposit to landlord) _____     $5,000.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.     | $5,000.00 |

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 36,283.71 | - | 3,628.37 | = .... | $32,655.34 |
| | face amount | | doubtful or uncollectible accounts | | |
| | SEE ATTACHED | | | | |

| 11b. Over 90 days old: | 17,274.24 | - | 1,727.42 | = .... | $15,546.82 |
| | face amount | | doubtful or uncollectible accounts | | |
| | SEE ATTACHED LIST | | | | |

12. **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.   Copy the total to line 82.     | $48,202.16 |

## Part 4:   Investments

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** Jobs in process. | January 26, 2026 | $9,981.00 | Material Cost | $9,981.00 |
| 21. **Finished goods, including goods held for resale** Vents, electrical wiring, plumbing piping, etc. (located in warehouse) | January 26, 2026 | $21,345.00 | To be invoiced | $21,345.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



## Accent Comfort Services, LLC
## A/R Aging Summary
### As of January 27, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Adkins, Jake 0039731 7970288 | 0.00 | 0.00 | 0.00 | 40.26 | 0.00 | 40.26 |
| Alliance Health 78158928 | 0.00 | 0.00 | 2,236.93 | 0.00 | 0.00 | 2,236.93 |
| ANGELA REDLAK 78463440 | 0.00 | 315.32 | 0.00 | 0.00 | 0.00 | 315.32 |
| BERTRAND, VALERIE 0031608 | -481.05 | 0.00 | 0.00 | 0.00 | 0.00 | -481.05 |
| Birkinshaw, Matt & Kathy 0037535 7968 | 0.00 | 45.86 | 0.00 | 0.00 | 0.00 | 45.86 |
| BLACK PEST CONTROL 77510253 | 0.00 | 106.18 | 0.00 | 0.00 | 0.00 | 106.18 |
| BOB SEE | 0.00 | 0.00 | 225.30 | 0.00 | 0.00 | 225.30 |
| Building Co 7 11667358 | 7,630.00 | 0.00 | 0.00 | 0.00 | 0.00 | 7,630.00 |
| Chuck Parker 78540887 | 0.00 | -798.38 | 0.00 | 0.00 | 0.00 | -798.38 |
| Coastal Construction 75472085 | 0.00 | 0.00 | 7,800.00 | 0.00 | 0.00 | 7,800.00 |
| Dance, Timothy | 0.00 | 27.18 | 0.00 | 0.00 | 0.00 | 27.18 |
| DUNNING, LISA (MP) 0071117 7997128 | 0.00 | -51.85 | 0.00 | 0.00 | 0.00 | -51.85 |
| EMILY JOHNSON | 0.00 | 316.39 | 0.00 | 0.00 | 0.00 | 316.39 |
| FRYE, Mike & Judy 0075670 | 0.00 | 0.00 | 0.00 | -4,163.37 | 0.00 | -4,163.37 |
| HAMPTON INN CHAR UNIVERSITY PLACE 0075000 | 0.00 | 5,040.75 | 0.00 | 0.00 | 0.00 | 5,040.75 |
| Hasu Amin 78531793 | 0.00 | -0.64 | 0.00 | 0.00 | 0.00 | -0.64 |
| Independent Restoration Services 78380631 | 0.00 | 415.06 | 0.00 | 0.00 | 0.00 | 415.06 |
| Jenkins Restoration 73481230 | 0.00 | 1,200.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |
| JERRY WINKELJOHN 59575894 | 105.68 | 0.00 | 0.00 | 0.00 | 0.00 | 105.68 |
| Kai Stacks 45834791 | 0.00 | 0.00 | 0.00 | 0.00 | 40.26 | 40.26 |
| KEPNER, JOHN & CLAUDIA 0037993 796882 | 0.00 | 613.81 | 0.00 | 0.00 | 0.00 | 613.81 |
| KGDA Perego - Attn Keith Dupont 74324833 | 0.00 | 0.00 | 0.00 | 0.00 | 1,755.04 | 1,755.04 |
| KRAFT CONSTRUCTION 0078783 1 | 0.00 | 7,498.44 | 0.00 | 0.00 | 0.00 | 7,498.44 |
| KRISTIN HAWKINS 42822322 | 0.00 | 0.00 | 0.00 | 0.00 | 24.32 | 24.32 |
| KS Audio Video 34518370 | 0.00 | 320.00 | 0.00 | 0.00 | 0.00 | 320.00 |
| LAW OFFICES OF HINSON & FAULK 007 8000032 | 0.00 | 0.00 | 0.00 | 0.00 | 106.18 | 106.18 |
| Limitless Design Build | 0.00 | 0.00 | -1,100.00 | 0.00 | 14,750.00 | 13,650.00 |
| Lisa Lloyd 78263695 | 0.00 | 105.68 | 0.00 | 0.00 | 0.00 | 105.68 |
| Lundsten Northcross (Commercial) 0026 | 371.09 | 0.00 | 1,608.75 | 0.00 | 0.00 | 1,979.84 |
| Mark Najaka 49765555 | -2,880.09 | 0.00 | 0.00 | 0.00 | 0.00 | -2,880.09 |
| MIDWEST SOLUTIONS 30446532 | 835.00 | 0.00 | 0.00 | 0.00 | 0.00 | 835.00 |
| MILLS, MARK | 0.00 | -409.98 | 0.00 | 0.00 | 0.00 | -409.98 |
| NELSON, MIKE 0077670 8002046 | 0.00 | 0.00 | -1,054.16 | 0.00 | 0.00 | -1,054.16 |
| Northstone Country Club 34530269 | 0.00 | -6,939.73 | 0.00 | 0.00 | 0.00 | -6,939.73 |
| Old Republic Home Protection Co 34530770 | 150.00 | 0.00 | 35.00 | 0.00 | 0.00 | 185.00 |
| RAVI VALLABHAPURAM | 0.00 | 0.00 | 0.00 | 51.54 | 0.00 | 51.54 |
| RAYMOND HOFFMAN | 0.00 | 0.00 | 0.00 | 24.32 | 0.00 | 24.32 |
| Renu Energy 59611642 | 0.00 | 0.00 | 0.00 | 0.00 | 492.26 | 492.26 |
| SOLANO, HENRY (MP) 0071747 7997671 | 0.00 | 0.00 | 0.00 | 22.73 | 0.00 | 22.73 |
| SPOKE AND HAMMER | 0.00 | 12,660.00 | 0.00 | 0.00 | 0.00 | 12,660.00 |

# Accent Comfort Services, LLC
## A/R Aging Summary
### As of January 27, 2026

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| SUMMIT COFFEE | 0.00 | 264.64 | 0.00 | 0.00 | 0.00 | 264.64 |
| TERRY & BOB FITZGERALD 33668647 | 0.00 | 0.00 | 0.01 | 0.01 | 0.00 | 0.02 |
| THE BUNGALOWS 0055620 1 | 0.00 | 520.16 | 520.16 | 0.00 | 0.00 | 1,040.32 |
| THE HOPE HOUSE FOUNDATION 0072087 799 | 0.00 | 0.00 | 0.00 | 0.00 | 106.18 | 106.18 |
| Tuggle Pro Services 70336623 | 0.00 | 897.68 | 0.00 | 761.48 | 0.00 | 1,659.16 |
| WEB-DON 0060775 1 | 0.00 | 878.46 | 106.18 | 0.00 | 0.00 | 984.64 |
| WEB-DON 0060775 7988431 | 412.91 | 0.00 | 0.00 | 0.00 | 0.00 | 412.91 |
| TOTAL | 6,143.54 | 23,025.03 | 10,378.17 | -3,263.03 | 17,274.24 | 53,557.95 |

| Debtor | Accent Comfort Services, LLC | Case number (If known) 26-30097 |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| Vents, electrical wiring, plumbing piping, etc. (located in the 10 work trucks) | January 26, 2026 | $20,000.00 | To be invoiced | $20,000.00 |

**22.  Other inventory or supplies**

**23.  Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$51,326.00

**24.  Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

### Part 7:   Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** 12 desks, 12 chairs, 3 credenzas; 10 office chairs; 25 file cabinets; shelving | $695.00 | Estimate | $695.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** 13 desktop computers | $60.00 | Estimate | $60.00 |
| | 15 iPads; 15 cellphones | $1,500.00 | Estimate | $1,500.00 |
| | 4 desktop printers; 1 Large inoperable format printer | $50.00 | Estimate | $50.00 |
| | 1 Large copier/fax/scanner | $250.00 | Estimate | $250.00 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   Accent Comfort Services, LLC                               Case number *(If known)* 26-30097
         Name

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
     books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
     collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                              | $2,555.00 |
     Add lines 39 through 42.   Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☒ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   2017 Nissan NV 1500 Low; Vin -1937<br>[Title] | $3,500.00 | Online value | $3,500.00 |
| 47.2.   2019 Chev. Express Cargo Van;   Vin.<br>-9122 | $1,500.00 | Online value | $1,500.00 |
| 47.3.   2019 Ram Promaster 2500; Vin. -5626 | $7,000.00 | Online value | $7,000.00 |
| 47.4.   2019 Ram Promaster 2500; Vin. -5624 | $7,000.00 | Online value | $7,000.00 |
| 47.5.   2021 Chevy Express Box Truck; Vin. -2188 | $10,768.00 | Online value | $10,768.00 |
| 47.6.   2021 Chevy Express KUV; Vin. -0786 | $18,769.00 | Online value | $18,769.00 |
| 47.7.   2022 GMC Savanna Box Truck; Vin. -9623 | $13,000.00 | Online value | $13,000.00 |
| 47.8.   2022 GMC Box Truck; Vin. -2603 | $13,000.00 | Online value | $13,000.00 |
| 47.9.   2022 GMC Savanna Box Truck; Vin. -0795 | $13,000.00 | Online value | $13,000.00 |
| 47.10.   2024 Silverado 2500 HD; Vin. -4956 | $49,400.00 | Online value | $49,400.00 |
| 47.11.   2022 Nissan Armada; Vin. -1425 | $26,800.00 | Online value | $26,800.00 |



Debtor    Accent Comfort Services, LLC                          Case number *(If known)* 26-30097
          Name

| 47.12 |   |   |   |   |
|---|---|---|---|---|
| . | 2024 Ford F 250 Diesel; Vin. -3889 | $49,000.00 | Online value | $49,000.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.   **Total of Part 8.**
      Add lines 47 through 50.   Copy the total to line 87.

      | $212,737.00 |
      |---|

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☒ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

## Part 9:    Real property

54. Does the debtor own or lease any real property?

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   Debtor leases office/warehouse space at 9013 Perimeter Woods Drive, Charlotte, NC from AF4 Charlotte Industrial; rent $5,099.52 / mo. and TICAM charges of $1,097.37 / mo.; expires March 2029. | | $0.00 | | $0.00 |

56.   **Total of Part 9.**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

      | $0.00 |
      |---|

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☒ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

Official Form 206A/B                   Schedule A/B Assets - Real and Personal Property                   page 5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                   Best Case Bankruptcy



Debtor ___Accent Comfort Services, LLC_____  Case number _(If known)_ 26-30097_____
   Name

☒ No
☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.  Internet domain names and websites** Accentcomfortservices.com | $10.00 | Market | $10.00 |
| **62.  Licenses, franchises, and royalties** 1) NC Licensing Board: mechanical, electrical and plumbing; 2) SC Licensing Board: electrical and mechanical;  Frank Celeste, Jr. -qualified | $0.00 | | $0.00 |
| **63.  Customer lists, mailing lists, or other compilations** Customer list. | $10.00 | | $10.00 |
| **64.  Other intangibles, or intellectual property** | | | |
| **65.  Goodwill** | | | |

**66.  Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $20.00 |

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☒ No
☐ Yes

**68.  Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.  Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11:  All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

Current value of
debtor's interest

**71.  Notes receivable**
Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 6

| Debtor | Accent Comfort Services, LLC | Case number *(If known)* 26-30097 |
|---|---|---|
| | Name | |

| | | Tax year 2025 | $0.00 |
|---|---|---|---|
| | Net Operating Loss via QuickBooks is $337,452.00 | | |

**73.** **Interests in insurance policies or annuities**
Term life insurance with John Hancock on Daniel Mills
(former partner); Debtor and Julie Mills are the beneficiaries.                                        $0.00

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

| Creditors Relief - MCA | | Unknown |
|---|---|---|
| Nature of claim | Improper Contract/MCA | |
| Amount requested | $0.00 | |

| Family Funding Group | | Unknown |
|---|---|---|
| Nature of claim | Improper Contract/MCA | |
| Amount requested | $0.00 | |

| Fox Funding | | Unknown |
|---|---|---|
| Nature of claim | Improper Contract/MCA | |
| Amount requested | $0.00 | |

| Fundkite | | Unknown |
|---|---|---|
| Nature of claim | Improper Contract/MCA | |
| Amount requested | $0.00 | |

| QFS Capital | | Unknown |
|---|---|---|
| Nature of claim | Improper Contract/MCA | |
| Amount requested | $0.00 | |

| Possible action against Credit Relief/Reliant | | Unknown |
|---|---|---|
| Nature of claim | Civil | |
| Amount requested | $0.00 | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

Debtor    Accent Comfort Services, LLC                          Case number *(If known)*  26-30097
          Name

☒ No
☐ Yes



Debtor   __Accent Comfort Services, LLC_____   Case number *(If known)* _26-30097_____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $14,545.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $48,202.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $51,326.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,555.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $212,737.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $20.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $334,385.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $334,385.39 |



**Fill in this information to identify the case:**

Debtor name   Accent Comfort Services, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-30097

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 Ally Financial | | |
|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien**<br>2021 Chevy Express Box Truck; Vin. -2188 | $22,671.42 |  $10,768.00 |

P.O. Box 9001951
Louisville, KY 40290-1951
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
4863

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.2 Ally Financial | | |
|---|---|---|
| Creditor's Name | **Describe debtor's property that is subject to a lien**<br>2022 GMC Box Truck; Vin. -2603 | $26,243.43 | $13,000.00 |

P.O. Box 9001951
Louisville, KY 40290-1951
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
5759

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
| | Name | | |

---

| 2.3 | Canon | Describe debtor's property that is subject to a lien | $853.86 | $0.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

14904 Collections Center Dr.
Chicago, IL 60693-0149
Creditor's mailing address

**Describe the lien**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.4 | Chase Auto | Describe debtor's property that is subject to a lien | $76,993.74 | $49,000.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

2024 Ford F 250 Diesel; Vin. -3889

P.O. Box 650351
Dallas, TX 75265
Creditor's mailing address

**Describe the lien**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
5604

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Contingent |
| | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.5 | Chase Auto | Describe debtor's property that is subject to a lien | $61,087.45 | $49,400.00 |
| --- | --- | --- | --- | --- |

Creditor's Name

2024 Silverado 2500 HD; Vin. -4956

P.O. Box 78232
Phoenix, AZ 85062-8232
Creditor's mailing address

**Describe the lien**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
3314

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| --- | --- |
| ☒ No | Check all that apply |
| | ☒ Contingent |

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



Debtor    Accent Comfort Services, LLC        Case number (if known)    26-30097
<br>Name

| | |
|---|---|
| including this creditor and its relative priority. | ☒ Unliquidated<br>☒ Disputed |

---

**2.6**   **Chrysler**
Creditor's Name

P.O. Box 660335
Dallas, TX 75266
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9498

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2019 Ram Promaster 2500; Vin. -5626


**Describe the lien**


**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

$7,208.21      $7,000.00

---

**2.7**   **Chrysler**
Creditor's Name

P.O. Box 660335
Dallas, TX 75266
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
9779

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2019 Ram Promaster 2500; Vin. -5624


**Describe the lien**


**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

$6,461.05      $7,000.00

---

**2.8**   **Corporate Service Company, as Rep.**
Creditor's Name

P.O. Box 2576
Springfield, IL 62708
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**


**Describe the lien**
NC UCC No. -2462A

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00      $0.00

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   __Accent Comfort Services, LLC__   Case number (if known)   __26-30097__
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed |

---

| 2.9 | CT Corporation System as Rep. | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
Attn: SPRS
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203
Creditor's mailing address

**Describe the lien**
NC UCC No. -8885M

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed |
|---|---|

---

| 2.10 | CT Corporation System, as Rep. | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name
Attn: SPRS
330 N. Brand Blvd., Ste. 700
Glendale, CA 91203
Creditor's mailing address

**Describe the lien**
NC UCC No. -9956M

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:** <br> Check all that apply <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed |
|---|---|

---

| 2.11 | Family Funding Group | **Describe debtor's property that is subject to a lien** | $51,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

11740 Atwood Rd.
Auburn, CA 95603
Creditor's mailing address

**Describe the lien**
MCA - NC UCC No. -4284E

**Is the creditor an insider or related party?**
☒ No

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy



Debtor   **Accent Comfort Services, LLC**  Case number (if known)   26-30097
         Name

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.1 2 | | | |
|---|---|---|---|
| **GM Financial** | Describe debtor's property that is subject to a lien | $29,295.07 | $13,000.00 |
| Creditor's Name | 2022 GMC Savanna Box Truck; Vin. -9623 | | |
| | | | |
| P.O. Box 183593 | | | |
| Arlington, TX 76096 | | | |
| Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 0242 | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.1 3 | | | |
|---|---|---|---|
| **GM Financial** | Describe debtor's property that is subject to a lien | $33,336.75 | $18,769.00 |
| Creditor's Name | 2021 Chevy Express KUV; Vin. -0786 | | |
| | | | |
| P.O. Box 78143 | | | |
| Phoenix, AZ 85062 | | | |
| Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ☒ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** 8718 | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☒ No | ☒ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☒ Unliquidated |
| | ☒ Disputed |

---

| 2.1 4 | | | |
|---|---|---|---|
| **GM Financial** | Describe debtor's property that is subject to a lien | $20,088.81 | $13,000.00 |
| Creditor's Name | 2022 GMC Savanna Box Truck; Vin. -0795 | | |
| | | | |
| P.O. Box 183593 | | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy



Debtor   Accent Comfort Services, LLC _____   Case number (if known)   26-30097 _____
     Name

Arlington, TX 76096 _____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
9316

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

| | | | |
|---|---|---|---|
| **2.1 5** | **Newtek Small Business**<br>Creditor's Name<br>1981 Marcus Avenue, Ste. 130<br>Lake Success, NY 11042<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

**Describe the lien**
NC UCC No. -5378G

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

| | | | |
|---|---|---|---|
| **2.1 6** | **Newtek Small Business**<br>Creditor's Name<br>1981 Marcus Avenue, Ste. 130<br>New Hyde Park, NY 11042<br>Creditor's mailing address | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |

**Describe the lien**
NC UCC No. -7152K

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---



Debtor   Accent Comfort Services, LLC _____   Case number (if known)   26-30097
          Name

| 2.1 7 | QFS Capital | Describe debtor's property that is subject to a lien | $75,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

110 E. Broward Blvd., Suite 1550
Fort Lauderdale, FL 33301
Creditor's mailing address

**Describe the lien**
NC UCC No. -5878E

customerservice@qfscapital.com
Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

| 2.1 8 | TD Auto | Describe debtor's property that is subject to a lien | $40,755.18 | $26,800.00 |
|---|---|---|---|---|

Creditor's Name

2022 Nissan Armada; Vin. -1425

P.O. Box 16039
Lewiston, ME 04243
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $450,994.97 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|



**Fill in this information to identify the case:**

Debtor name    Accent Comfort Services, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-30097

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
    ☐ No. Go to Part 2.
    ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Notice Purposes Only |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>NC Department of Rev / Bankruptcy Unit<br>P.O. Box 1168<br>Raleigh, NC 27602-1168 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $13,500.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Sales Tax August 2025 to present |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>North Carolina Dept. of Motor Vehicles<br>3101 Mail Service Center<br>1515 N. Church St.<br>Rocky Mount, NC 27804 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>ADDED February 2026 - Notice Purposes |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|
| | Name | | |

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|
| SC DOR | Check all that apply. | | |
| Corporate 2D | ☐ Contingent | | |
| Columbia, SC 29214-0031 | ☐ Unliquidated | | |
| | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | Notice Purposes Only |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No  ☐ Yes |

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,402.00 |
|---|---|---|
| 4 Square Networking | | |
| P.O. Box 291 | ☐ Contingent | |
| Concord, NC 28026 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,543.02 |
|---|---|---|
| AF4 Charlotte Industrial | | |
| 9500 Pines Blvd., Ste. 300 | ☐ Contingent | |
| Pembroke Pines, FL 33024 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Debtor's landlord | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Amazon | | |
| P.O. Box 960016 | ☐ Contingent | |
| Orlando, FL 32896 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Purposes Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $486.43 |
|---|---|---|
| American National | | |
| One Moody Place | ☐ Contingent | |
| Galveston, TX 77550 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Ameritas | | |
| P.O. Box 81889 | ☐ Contingent | |
| Lincoln, NE 68501 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Purposes Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| Apple | | |
| One apple Park Way | ☐ Contingent | |
| Cupertino, CA 95014 | ☐ Unliquidated | |
| | ☐ Disputed | |
| **Date(s) debt was incurred** _ | **Basis for the claim:**  Notice Purposes Only | |
| **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|
| | Name | | |

---

**3.7** **Nonpriority creditor's name and mailing address**
AT&T
P.O. Box 6416
Carol Stream, IL 60197

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$223.30

---

**3.8** **Nonpriority creditor's name and mailing address**
Auto Zone
123 S. Front St.
Memphis, TN 38103

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.9** **Nonpriority creditor's name and mailing address**
Baker Distributing
3301 Woodpark Blvd.
Charlotte, NC 28206

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.10** **Nonpriority creditor's name and mailing address**
Better Business Bureau
9719 North East Parkway
Matthews, NC 28105

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.11** **Nonpriority creditor's name and mailing address**
Blue Cross Blue Sheidl
P.O. Box 580017
Charlotte, NC 28258

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.12** **Nonpriority creditor's name and mailing address**
BNI Dan Action Alliance
3430 Torington Way, Ste. 300
Charlotte, NC 28277

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

$100.00

---

**3.13** **Nonpriority creditor's name and mailing address**
BNI Sr. Morning Pacesetters
P.O. Box 634
Huntersville, NC 28078

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.14** **Nonpriority creditor's name and mailing address**
Boom Truck Service
9400 Kingsmead Ln.
Waxhaw, NC 28173

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

Debtor __Accent Comfort Services, LLC_____ Case number (if known) ___26-30097_____
     Name

| 3.15 | Nonpriority creditor's name and mailing address<br>BP<br>501 Westlake Park Blvd.<br>Houston, TX 77079 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address<br>Bulldog Roofing & Construction<br>18525 Statesville Rd., Ste. D-2<br>Cornelius, NC 28031 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address<br>Carrier<br>4300 Golf Acres Dr.<br>Charlotte, NC 28208 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address<br>Catawba Valley Supply<br>870 Ella St., NW<br>Charlotte, NC 28269 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address<br>Charles Schwab<br>P.O. Box 628291<br>Orlando, FL 32862-8591 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.20 | Nonpriority creditor's name and mailing address<br>Cincinnati Insurance<br>P.O. Box 145496<br>Cincinnati, OH 45250-5496 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $10,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Old Claim__<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.21 | Nonpriority creditor's name and mailing address<br>Cintas<br>P.O. Box 630803<br>Cincinnati, OH 45263 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,625.76 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.22 | Nonpriority creditor's name and mailing address<br>City Electric<br>2240 Boyer St.<br>Charlotte, NC 28208 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,325.75 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number __7060__ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Accent Comfort Services, LLC | | Case number (if known) | 26-30097 |
|---|---|---|---|---|
| | Name | | | |

**3.23** | **Nonpriority creditor's name and mailing address**
City of Charlotte
229 South Brevard St., Ste. 102
Charlotte, NC 28202

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address**
City of Concord
Attn: Leigh Ann Sells
P.O. Box 308
Charlotte, NC 28205

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address**
City of Fountain Inn
200 N. Main St.
Fountain Inn, SC 29644

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address**
City of Gastonia
Revenue Division
P.O. Box 1748
Gastonia, NC 28053

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
City of Greenville
P.O. Box 2580
Greenville, SC 29601

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
City of Indian Trail
P.O. Box 2430
Indian Trail, NC 28079

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
City of Landrum
100 N. Sharmock Ave.
Landrum, SC 29356

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
City of Monroe
300 W. Crowell St.
Monroe, NC 28112

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** Notice Purposes Only

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy



| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|
| | Name | | |

**3.31** Nonpriority creditor's name and mailing address
City of Rock Hill
P.O. Box 11706
Rock Hill, SC 29731-1706

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.32** Nonpriority creditor's name and mailing address
City of Tega Cay
7725 Tega Cay Dr.
Fort Mill, SC 29708

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address
City of Waxhaw
P.O. Box 6
Waxhaw, NC 28173

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address
Cleareant Processing
222 S. Central Avenue, Ste. 700
Saint Louis, MO 63105

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address
Clearview Legal
P.O. Box 680128
Charlotte, NC 28216

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address
County of Lancaster
P.O. Box 1809
Lancaster, SC 29721

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address
Creditors Relief
120 Sylvan Ave., Ste. 300
Englewood Cliffs, NJ 07632

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: MCA - Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address
Dealers
3731 Woodpark Blvd.
Charlotte, NC 28206

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: Notice Purposes Only

Is the claim subject to offset? ☒ No   ☐ Yes

---




Debtor    **Accent Comfort Services, LLC**                                    Case number (if known)    26-30097
_____Name_____

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,160.24 |

Delta Dental
32406 Collection Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Dial Pad
3001 Bishop Drive, Ste. 400A
San Ramon, CA 94583

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Discount Tire
P.O. Box 842349
Los Angeles, CA 90084

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was Incurred __

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $661,025.00 |

DLM Enterprises, LLC
Attn: Dan Mills
17401 Sailors Watch Place
Cornelius, NC 28031

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $237.11 |

Duke Energy
P.O. Box 1094
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was Incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Duke Energy
Customer Service
P.O. Box 70516
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49.99 |

Efax
700 S. Flower St., 15th Floor
Los Angeles, CA 90017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |

Emburse
1701 N. Market St., #330
Dallas, TX 75202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---



| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,254.60 |
|---|---|---|---|

Epting Charlotte
1320 Atando Avenue
Charlotte, NC 28206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number  7518

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Extra Space
2795 E. Cottonwood Pkwy. #400
Salt Lake City, UT 84121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Family Funding
1021 38th St.
Brooklyn, NY 11219

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  AMENDED to add February 2026 - Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

FEDEX
P.O. Box 223125
Pittsburgh, PA 15251

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,070.33 |
|---|---|---|---|

Ferguson
5025 Sunset Rd.
Charlotte, NC 28269

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,850.00 |
|---|---|---|---|

Fieldedge
950 East Paces Ferry Rd. NE #1900
Atlanta, GA 30326

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $132,182.00 |
|---|---|---|---|

Fox Funding
803 S. 21st St. Ave.
Hollywood, FL 33020

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Basis for the claim:  MCA

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,952.46 |
|---|---|---|---|

Frank C. Celeste
6009 Colonial Garden Dr.
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Promissory Note

Last 4 digits of account number __

Is the claim subject to offset?    ☒ No    ☐ Yes

---

Debtor   Accent Comfort Services, LLC                                    Case number (if known)   26-30097
         Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $97,950.00 |
|---|---|---|---|

Fundkite
88 Pine St., Suite 4430
New York, NY 10005

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  MCA

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GB Electric Services
7209-J #252 E. WT Harris Blvd.
Charlotte, NC 28227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

GEMarie Distributors
3401 Woodpark Blvd.
Charlotte, NC 28206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,243.62 |
|---|---|---|---|

Globe Life
LN Worksite Billing Dept.
P.O. Box 248889
Oklahoma City, OK 73124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Grainger Charlotte
1404 South Mint St.
Charlotte, NC 28203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Graybar
2500 Wilkinson Blvd.
Charlotte, NC 28208

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Hahn Mason Air Systems
4901 Dwight Evans Rd.
Charlotte, NC 28217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Hamrick Lane & Co., PLLC
P.O. Box 1844
Huntersville, NC 28070

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes



Debtor   __Accent Comfort Services, LLC__                Case number (if known)   __26-30097__
　　　　　Name

| | | |
|---|---|---|

**3.63** | Nonpriority creditor's name and mailing address
HERC Rentals
P.O. Box 650280
Dallas, TX 75265

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address
Home Depot
2815 Home Depot Blvd.
Rock Hill, SC 29730

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address
Hughes
16235 Northcross Dr.
Huntersville, NC 28078

Date(s) debt was incurred _
Last 4 digits of account number  __9916__

As of the petition filing date, the claim is: *Check all that apply.*    **$8,573.86**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address
Insight
9006 Perimeter Woods. Dr., Ste. E
Charlotte, NC 28216

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address
InSouth Insurance
P.O. Box 769
Mooresville, NC 28117

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address
IPFS
P.O. Box 730223
Dallas, TX 75373-0223

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$336.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address
Joe's Tire Service
117 Cherokee Lane
Indian Trail, NC 28079

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice Purposes Only__

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address
John Hancodk
P.O. Box 2503
New York, NY 10116

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$553.02**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---



| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|

Name

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Johnstone
6626 NW 20th Ave.
Fort Lauderdale, FL 33306

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $647,581.00 |
|---|---|---|---|

Kathy Celeste
6013 Colonial Garden Dr.
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Promissory Note

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Lake Norma Dodge
P.O. Box 457
Cornelius, NC 28031

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $653.48 |
|---|---|---|---|

Lake Norman Graphics
13360 Northcross Drive, St. 102
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Layton's Crane & Tree Service
18900 Davidson-Concord Rd.
Davidson, NC 28036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,222.07 |
|---|---|---|---|

Leaf
P.O. Box 742647
Cincinnati, OH 45274-2647

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Lincoln County
115 W. Main St.
Attn: Accounts Receivable
Lincolnton, NC 28092

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

M & A Supply
45 Brookfield   Oaks Dr.
Greenville, SC 29607

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Notice Purposes Only

Is the claim subject to offset?   ☒ No   ☐ Yes



| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|
| | Name | | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

McCalls
1520 Roper Mountain Road, Ste. A
Greenville, SC 29615

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,584.03 |
|---|---|---|---|

Mecklenburg County
P.O. Box 1400
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Microsoft
One Microsoft Way
Redmond, WA 98052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

NC Child Support Centralized Collection
2001 Mail Service Center
Raleigh, NC 27699

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

NC Plumbing Htg. Fire Sprinkler
1109 Dresser Ct.
Raleigh, NC 27609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,041.44 |
|---|---|---|---|

NC Quick Pass
P.O. Box 100020
Atlanta, GA 30348-0020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

NC Secretary of State
P.O. Box 29622
Raleigh, NC 27626-0525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Purposes Only

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $996.00 |
|---|---|---|---|

Pacific Imaging
2033 San Elijo Ave., Suite 202
Cardiff, CA 92007

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Supplies/ink for printer

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes



Debtor    __Accent Comfort Services, LLC__                    Case number (if known)    __26-30097__
      Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $492.66 |
|---|---|---|---|

Piedmont Natural Gas
123 S. 3rd Ave., Ste. 28
Sandpoint, ID 83864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,257.19 |
|---|---|---|---|

Pinnacle Bank
P.O. Box 292487
Nashville, TN 37229

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $96,563.07 |
|---|---|---|---|

Pinnacle Bank
P.O. Box 292487
Nashville, TN 37229

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred _

Basis for the claim:  Line of Credit

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,091.52 |
|---|---|---|---|

Pitney Bowes
P.O. Box 371887
Pittsburgh, PA 15250-7887

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Pure Water Partners
123 S. 3rd Ave., Ste. 28
Sandpoint, ID 83864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

QFS Capital
7901 4th St., Ste. 13070
Saint Petersburg, FL 33702

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  ADDED February 2026 - NOTICE PURPOSES

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Quickbooks
2700 Coast Ave.
Mountain View, CA 94043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

RE Michel Company
3731 Woodpark Blvd., Ste. B
Charlotte, NC 28206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Notice Purposes Only

Last 4 digits of account number _

Is the claim subject to offset?    ☒ No    ☐ Yes

---



| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Reliant
670 Cross Point Rd.
Columbus, OH 43230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

Rotary Club of Lake Norman
P.O. Box 2306
Huntersville, NC 28078

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

SC Secretary of State
1205 Pendleton St., Ste. 525
Columbia, SC 29201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,217.50 |
|---|---|---|---|

Schooley Mitchell
9200 176th St., E #183
Puyallup, WA 98375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,985.15 |
|---|---|---|---|

Service Titan
800 N. Brand Blvd., Ste. 100
Glendale, CA 91203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

SiriusSXM
P.O. Box 71170
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Southern Connector
P.O. Box 408
Piedmont, SC 29673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Spartanburg Permit
P.O. Box 1749
Spartanburg, SC 29304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes




| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
| | Name | | |

---

**3.103** | **Nonpriority creditor's name and mailing address**
Spectrum
400 Washington Blvd
Stamford, CT 06902

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __
Is the claim subject to offset?   ☒ No   ☐ Yes

$492.66

---

**3.104** | **Nonpriority creditor's name and mailing address**
Stacie Celeste
6009 Colonial Garden Dr.
Huntersville, NC 28078

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan
Is the claim subject to offset?   ☒ No   ☐ Yes

$50,000.00

---

**3.105** | **Nonpriority creditor's name and mailing address**
Standard Insurance Company
P.O. 5676
Portland, OR 97228-5676

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.106** | **Nonpriority creditor's name and mailing address**
Staples
P.O. Box 105638
Atlanta, GA 30348

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.107** | **Nonpriority creditor's name and mailing address**
Steven Champagne
246 Sam Ferguson Rd.
Gastonia, NC 28052

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.108** | **Nonpriority creditor's name and mailing address**
Stop Restoration
10015 Andres Duanny Dr.
Huntersville, NC 28078

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.109** | **Nonpriority creditor's name and mailing address**
Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

**3.110** | **Nonpriority creditor's name and mailing address**
Supplyhouse.com
130 Spagnoli Rd.
Melville, NY 11747

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice Purposes Only
Is the claim subject to offset?   ☒ No   ☐ Yes

$0.00

---

Debtor   __Accent Comfort Services, LLC__   Case number (if known)   __26-30097__
   Name

| 3.111 | Nonpriority creditor's name and mailing address<br>Sustainable Plumbing, LLC<br>171 Lenmore Dr., SE<br>Concord, NC 28025 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.112 | Nonpriority creditor's name and mailing address<br>Taratino Law<br>8584 NC Highway 150 E<br>Terrell, NC 28682 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.113 | Nonpriority creditor's name and mailing address<br>Tin Man Fabrication<br>4017 Hartley St.<br>Charlotte, NC 28206 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.114 | Nonpriority creditor's name and mailing address<br>Town of Cornelius<br>P.O. Box 399<br>Cornelius, NC 28031 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.115 | Nonpriority creditor's name and mailing address<br>Town of Garner<br>413 North Main St.<br>Mooresville, NC 28115 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.116 | Nonpriority creditor's name and mailing address<br>Town of Mooresville<br>413 North   Main St.<br>Mooresville, NC 28115 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.117 | Nonpriority creditor's name and mailing address<br>Trane<br>8810 Air Park West Dr., Ste. 8<br>Charlotte, NC 28214 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Notice Purposes Only__<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |
| 3.118 | Nonpriority creditor's name and mailing address<br>Travelers<br>P.O. Box 660317<br>Dallas, TX 75266 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $218.00 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset?   ☒ No   ☐ Yes | |



Debtor __Accent Comfort Services, LLC__      Case number (if known) __26-30097__
   Name

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,760.83 |

**3.119** Nonpriority creditor's name and mailing address
UniFirst
2801 Unifirst Drive
Owensboro, KY 42301

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $3,760.83

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.120** Nonpriority creditor's name and mailing address
Union County
P.O. Box 580194
Charlotte, NC 28258

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.121** Nonpriority creditor's name and mailing address
United Refrigeration
2233 Interstate North Dr., Ste. B
Charlotte, NC 28206

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.122** Nonpriority creditor's name and mailing address
United Rentals
P.O. Box 100711
Atlanta, GA 30384-0711

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address
United States Treasury
P.O. Box 105703
Atlanta, GA 30348

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address
Usher Law Group
1600 Sheepshead Bay Road, Ste. 203
Brooklyn, NY 11235

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __ADDED February 2026 -- Notice Purposes Only__
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address
Valvoline, LLC
P.O. Box 74008513
Chicago, IL 60674-8513

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $2,232.99

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address
Valvoline, LLC
P.O. Box 74008513
Chicago, IL 60674-8513

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*      $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Notice Purposes Only__
Is the claim subject to offset? ☒ No ☐ Yes

---



| Debtor | Accent Comfort Services, LLC | Case number (if known) | 26-30097 |
|---|---|---|---|
| | Name | | |

---

**3.127** | Nonpriority creditor's name and mailing address
Venmo
P.O. Box 71718
Philadelphia, PA 19176

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Notice Purposes Only_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address
Verizon
P.O. Box 660108
Dallas, TX 75266-0108

As of the petition filing date, the claim is: *Check all that apply.* **$5,561.07**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address
Verizon
P.O. Box 660108
Dallas, TX 75266-0108

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Notice Purposes Only_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address
Verizon Connect
5055 N. Point Pkwy.
Alpharetta, GA 30022

As of the petition filing date, the claim is: *Check all that apply.* **$1,020.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.131** | Nonpriority creditor's name and mailing address
Virginia Air
5529 Lakeview Road
Charlotte, NC 28269

As of the petition filing date, the claim is: *Check all that apply.* **$19,176.82**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _7358_

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.132** | Nonpriority creditor's name and mailing address
Vision Office
P.O. Box 7527
Charlotte, NC 28241

As of the petition filing date, the claim is: *Check all that apply.* **$3,321.13**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.133** | Nonpriority creditor's name and mailing address
Waste Management
P.O. Box 4648
Carol Stream, IL 60197-4648

As of the petition filing date, the claim is: *Check all that apply.* **$1,963.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _Dumpster_

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.134** | Nonpriority creditor's name and mailing address
Westbend Insurance
1900 S. 18th Ave.
West Bend, WI 53095

As of the petition filing date, the claim is: *Check all that apply.* **$29,560.21**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---



Debtor  __Accent Comfort Services, LLC__                                    Case number (if known)  __26-30097__
         Name

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,975.00 |
|---|---|---|---|

Willow Dumpsters
1609 Park Rd.
Charlotte, NC 28203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Wrapmate
5555 DTC Pkwy., Ste. 310
Greenwood Village, CO 80111

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Notice Purposes Only__

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Internal Revenue Service<br>P.O. Box 105225<br>Atlanta, GA 30348-5225 | Line _2.1_ <br><br>☐  Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 13,500.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,342,657.23 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,356,157.23 |



**Fill in this information to identify the case:**

Debtor name    Accent Comfort Services, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  26-30097

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 9013 Perimeter Woods Drive, Suite G, Charlotte, NC for $5,099.52 / mo. and TICAM charges of $1,097.37 / mo. | |
|---|---|---|---|
| | State the term remaining | Expires March 2029 | |
| | List the contract number of any government contract | N/A | AF4 Charlotte Industrial 9500 Pines Blvd., Ste. 300 Pembroke Pines, FL 33024 |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease 4 desktop printers; 1 Large format printer; monthly charge is based on usage (avg. over last 6 months is $405.03) | |
|---|---|---|---|
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | | Leaf P.O. Box 742647 Cincinnati, OH 45274-2647 |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 15 iPads and 15 cellphones | |
|---|---|---|---|
| | State the term remaining | Month to Month | |
| | List the contract number of any government contract | | Verizon Connect 5055 N. Point Pkwy. Alpharetta, GA 30022 |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 1 of 2

Debtor 1  Accent Comfort Services, LLC _____     Case number *(if known)*  26-30097 _____
    First Name    Middle Name    Last Name

### ▮ Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**         **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | 1 large copier/fax/scanner machine for $129.67 / mo. | |
|---|---|---|---|
| | State the term remaining | Month to month | |
| | List the contract number of any government contract | _____ | Vision Office<br>P.O. Box 7527<br>Charlotte, NC 28241 |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Auto and Workman's comp; $9,522.07 / mo. | |
|---|---|---|---|
| | State the term remaining | 4/29/2026 | |
| | List the contract number of any government contract | _____ | Westbend Insurance<br>1900 S. 18th Ave.<br>West Bend, WI 53095 |

Official Form 206G    **Schedule G: Executory Contracts and Unexpired Leases**    Page 2 of 2

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name    Accent Comfort Services, LLC

United States Bankruptcy Court for the:    WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-30097

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Dan Mills and Julie Mills | 17401 Sailors Watch Place Cornelius, NC 28031 | Pinnacle Bank | ☐ D _____ <br> ☒ E/F __3.88__ <br> ☐ G _____ |
| 2.2 | Dan Mills and Julie Mills | 17401 Sailors Watch Place Cornelius, NC 28031 | Pinnacle Bank | ☐ D _____ <br> ☒ E/F __3.89__ <br> ☐ G _____ |
| 2.3 | Frank Celeste | 6009 Colonial Garden Dr. Huntersville, NC 28078 | Chase Auto | ☒ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | Frank Celeste | 6009 Colonial Garden Dr. Huntersville, NC 28078 | Chase Auto | ☒ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | Frank Celeste | 6009 Colonial Garden Dr. Huntersville, NC 28078 | City Electric | ☐ D _____ <br> ☒ E/F __3.22__ <br> ☐ G _____ |
| 2.6 | Frank Celeste | 6009 Colonial Garden Dr. Huntersville, NC 28078 | Family Funding Group | ☒ D __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |



Debtor   Accent Comfort Services, LLC                                         Case number (if known)   26-30097

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                        Column 2: **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.7 | Frank Celeste | 6009 Colonial Garden Dr.<br>Huntersville, NC 28078 | Fox Funding | ☐ D _____<br>☒ E/F  3.53<br>☐ G _____ |
| 2.8 | Frank Celeste | 6009 Colonial Garden Dr.<br>Huntersville, NC 28078 | QFS Capital | ☐ D _____<br>☒ E/F  3.92<br>☐ G _____ |
| 2.9 | Frank Celeste, Sr. | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | Family Funding Group | ☒ D  2.11<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Frank Celeste, Sr. | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | Fox Funding | ☐ D _____<br>☒ E/F  3.53<br>☐ G _____ |
| 2.11 | Frank Celeste, Sr. | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | TD Auto | ☒ D  2.18<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Frank Celeste, Sr. | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | Virginia Air | ☐ D _____<br>☒ E/F  3.131<br>☐ G _____ |
| 2.13 | Frank Celeste, Sr. | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | QFS Capital | ☐ D _____<br>☒ E/F  3.92<br>☐ G _____ |
| 2.14 | Frank Celeste, Sr.<br>and Kathleen<br>Celeste | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | Pinnacle Bank | ☐ D _____<br>☒ E/F  3.88<br>☐ G _____ |
| 2.15 | Frank Celeste, Sr.<br>and Kathleen<br>Celeste | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | Pinnacle Bank | ☐ D _____<br>☒ E/F  3.89<br>☐ G _____ |



**Fill in this information to identify the case:**

Debtor name   Accent Comfort Services, LLC

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   26-30097

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 01/01/2026 to Filing Date | ☒ Operating a business<br>☐ Other | $91,004.00 |
| For prior year: From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br>☐ Other | $3,440,986.00 |
| For year before that: From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br>☐ Other | $2,980,302.00 |
| For the fiscal year: From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br>☐ Other | $3,518,760.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy



Debtor   Accent Comfort Services, LLC _____    Case number *(if known)* 26-30097 _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. SEE ATTACHED | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. SEE ATTACHED | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. AKF, Inc. d/b/a Fundkite vs. Accent Comfort Services, LLC d/b/a/ Accent Comfort Services, Frank Celeste, Frank Charles Celest; Accent Heating & Cooling, LLC, and Accent comfort Services, LLC; Mediation & Civil Arbitration, Inc.: commercial Arbitration; Fi | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page **2**

SoFa Ques, #3

| Oct 27, '25 - Jan 27, 26 | | Type | Date | Num | Name | Memo | Credit |
|---|---|---|---|---|---|---|---|
| | | Check | 10/30/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 143.80 |
| | | Check | 10/30/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 346.77 |
| | | Check | 10/31/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 907.11 |
| | | Check | 10/31/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 902.20 |
| | | Check | 11/04/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 508.40 |
| | | Check | 10/31/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 146.54 |
| | | Check | 11/13/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 1,158.30 |
| | | Check | 11/14/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 1,077.13 |
| | | Check | 11/17/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 252.11 |
| | | Check | 11/18/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 510.00 |
| | | Check | 11/20/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 314.46 |
| | | Check | 11/21/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 677.99 |
| | | Bill Pmt -Check | 11/26/2025 | PURCH | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 814.21 |
| | | Bill Pmt -Check | 11/21/2025 | PURCH | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 208.51 |
| | | Bill Pmt -Check | 11/25/2025 | PURCH | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 898.73 |
| | | Check | 12/02/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 782.04 |
| | | Check | 12/08/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 33.10 |
| | | Check | 12/15/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 734.54 |
| | | Check | 12/17/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 889.53 |
| | | Check | 12/24/2025 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 478.23 |
| | | Check | 01/09/2026 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 463.65 |
| | | Check | 01/12/2026 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 414.44 |
| | | Check | 01/20/2026 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 141.19 |
| | | Check | 01/22/2026 | DEBIT | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 2,707.79 |
| | | Check | 01/27/2026 | | CITY ELECTRIC (Charlotte West) 30517060 | Electrical Material | $ 589.92 |
| | | | | | | **Total** | **$ 16,100.69** |
| | | Check | 10/27/2025 | | CREDITORS RELIEF | Money to escrow account | $ 5,370.31 |
| | | Check | 11/03/2025 | | CREDITORS RELIEF | Money to escrow account | $ 5,370.31 |
| | | Check | 11/10/2025 | | CREDITORS RELIEF | Money to escrow account | $ 5,370.31 |
| | | Check | 11/17/2025 | | CREDITORS RELIEF | Money to escrow account | $ 5,370.31 |
| | | Check | 11/24/2025 | | CREDITORS RELIEF | Money to escrow account | $ 5,370.31 |
| | | Check | 12/01/2025 | | CREDITORS RELIEF | Money to escrow account | $ 5,370.31 |
| | | Check | 12/09/2025 | | CREDITORS RELIEF | Money to escrow account | $ 5,370.31 |
| | | | | | | **Total** | **$ 37,592.17** |
| | | Check | 10/27/2025 | 9131 | Daniel Mills | Sale of Company payment | $ 1,400.00 |
| | | Check | 11/03/2025 | 9138 | Daniel Mills | 1099 Labor payment | $ 1,371.40 |

| | | Check | 11/03/2025 | 9139 | Daniel Mills | Sale of Company payment | $ 1,400.00 |
|---|---|---|---|---|---|---|---|
| | | Check | 11/13/2025 | 9151 | Daniel Mills | 1099 Labor payment | $ 1,371.40 |
| | | Check | 11/13/2025 | 9152 | Daniel Mills | Sale of Company payment | $ 1,400.00 |
| | | Check | 11/17/2025 | 9156 | Daniel Mills | 1099 Labor payment | $ 1,371.40 |
| | | Check | 11/10/2025 | 9159 | Daniel Mills | Sale of Company payment | $ 1,400.00 |
| | | Check | 12/19/2025 | 9165 | Daniel Mills | Sale of Company payment | $ 1,400.00 |
| | | Check | 01/07/2026 | 9173 | Daniel Mills | 1099 Labor payment | $ 1,375.00 |
| | | Check | 01/27/2026 | 9182 | Daniel Mills | Reimbursment for Credit Card balance 1/27/26 | $ 5,384.95 |
| | | | | | | **Total** | **$ 17,874.15** |
| | | | | | | | |
| | | Check | 10/28/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 494.65 |
| | | Check | 10/29/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,433.15 |
| | | Check | 11/03/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 1,432.79 |
| | | Check | 11/03/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,521.19 |
| | | Check | 11/04/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 11.65 |
| | | Check | 11/04/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 39.03 |
| | | Check | 11/05/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,627.12 |
| | | Check | 11/05/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 166.75 |
| | | Check | 11/07/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 179.45 |
| | | Check | 11/10/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 168.44 |
| | | Check | 11/12/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 3,814.90 |
| | | Check | 11/12/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 3,750.45 |
| | | Check | 11/12/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 94.07 |
| | | Check | 11/13/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 1,916.59 |
| | | Check | 11/13/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 135.24 |
| | | Check | 11/11/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 1,166.63 |
| | | Check | 11/15/2025 | | EPTING CHARLOTTE 1627518 | HVAC Material | $ 1,357.49 |
| | | Check | 11/17/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,627.12 |
| | | Check | 11/18/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 703.27 |
| | | Check | 11/18/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 22.83 |
| | | Check | 11/18/2025 | | EPTING CHARLOTTE 1627518 | HVAC Material | $ 1,618.79 |
| | | Check | 11/12/2025 | | EPTING CHARLOTTE 1627518 | HVAC Material | $ 857.68 |
| | | Check | 11/20/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 92.27 |
| | | Check | 11/24/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 505.19 |
| | | Check | 11/28/2025 | debit | EPTING CHARLOTTE 1627518 | HVAC Material | $ 865.75 |
| | | Check | 12/03/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 435.70 |
| | | Check | 12/05/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 94.51 |
| | | Check | 12/10/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,176.96 |
| | | Check | 12/12/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 1,044.75 |
| | | Check | 12/12/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 4,014.73 |
| | | Check | 12/15/2025 | | EPTING CHARLOTTE 1627518 | HVAC Material | $ 445.50 |

| | | Check | | 12/15/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,069.47 |
|---|---|---|---|---|---|---|---|---|
| | | Check | | 12/15/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 4,014.73 |
| | | Check | | 12/15/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 372.86 |
| | | Check | | 12/17/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,375.63 |
| | | Check | | 12/17/2025 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 894.40 |
| | | Check | | 01/05/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 139.37 |
| | | Check | | 01/05/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 175.75 |
| | | Check | | 01/07/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 3,628.82 |
| | | Check | | 01/07/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 99.83 |
| | | Check | | 01/06/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 160.79 |
| | | Check | | 01/09/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 417.39 |
| | | Check | | 01/15/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 2,334.00 |
| | | Check | | 01/15/2026 | debit | EPTING CHARLOTTE 1627518 | HVAC Material | $ 3,500.00 |
| | | Check | | 01/15/2026 | | EPTING CHARLOTTE 1627518 | HVAC Material | $ 1,376.36 |
| | | Check | | 01/22/2026 | DEBIT | EPTING CHARLOTTE 1627518 | HVAC Material | $ 4,845.94 |
| | | Check | | 01/05/2026 | | EPTING CHARLOTTE 1627518 | HVAC Material | $ 281.57 |
| | | Check | | 01/22/2026 | | EPTING CHARLOTTE 1627518 | HVAC Material | $ 3,362.71 |
| | | | | | | | Total | $ 67,864.26 |
| | | | | | | | | |
| | | Check | | 11/06/2025 | DEBIT | FERGUSON | HVAC Material | $ 146.91 |
| | | Check | | 11/10/2025 | DEBIT | FERGUSON | HVAC Material | $ 113.17 |
| | | Check | | 11/13/2025 | DEBIT | FERGUSON | HVAC Material | $ 254.63 |
| | | Check | | 11/12/2025 | DEBIT | FERGUSON | HVAC Material | $ 1,487.59 |
| | | Check | | 11/21/2025 | DEBIT | FERGUSON | HVAC Material | $ 397.90 |
| | | Check | | 12/10/2025 | DEBIT | FERGUSON | HVAC Material | $ 171.07 |
| | | Check | | 12/10/2025 | DEBIT | FERGUSON | HVAC Material | $ 518.30 |
| | | Check | | 12/11/2025 | DEBIT | FERGUSON | HVAC Material | $ 149.47 |
| | | Check | | 12/12/2025 | DEBIT | FERGUSON | HVAC Material | $ 341.20 |
| | | Check | | 12/09/2025 | DEBIT | FERGUSON | HVAC Material | $ 2,020.84 |
| | | Check | | 12/15/2025 | DEBIT | FERGUSON | HVAC Material | $ 95.12 |
| | | Check | | 12/15/2025 | DEBIT | FERGUSON | HVAC Material | $ 458.10 |
| | | Check | | 12/24/2025 | DEBIT | FERGUSON | HVAC Material | $ 794.72 |
| | | Check | | 12/22/2025 | DEBIT | FERGUSON | HVAC Material | $ 425.90 |
| | | Check | | 12/09/2025 | | FERGUSON | HVAC Material | $ 413.43 |
| | | Check | | 01/07/2026 | DEBIT | FERGUSON | HVAC Material | $ 9.51 |
| | | Check | | 01/09/2026 | DEBIT | FERGUSON | HVAC Material | $ 899.09 |
| | | Check | | 01/12/2026 | DEBIT | FERGUSON | HVAC Material | $ 170.99 |
| | | Check | | 01/12/2026 | DEBIT | FERGUSON | HVAC Material | $ 10.54 |
| | | Check | | 01/14/2026 | | FERGUSON | HVAC Material | $ 227.27 |
| | | Check | | 12/09/2025 | | FERGUSON | HVAC Material | $ 1,142.82 |
| | | Check | | 01/16/2026 | DEBIT | FERGUSON | HVAC Material | $ 37.91 |

| | | | Check | 01/06/2026 | | FERGUSON | HVAC Material | $ 1,394.66 |
| | | | Check | 01/20/2026 | | FERGUSON | HVAC Material | $ 1,704.69 |
| | | | Check | 11/11/2025 | DEBIT | FERGUSON 0010418 | HVAC Material | $ 24.40 |
| | | | Check | 11/12/2025 | DEBIT | FERGUSON 0010418 | HVAC Material | $ 39.56 |
| | | | Check | 11/13/2025 | | FERGUSON 0010418 | HVAC Material | $ 97.08 |
| | | | Check | 11/14/2025 | DEBIT | FERGUSON 0010418 | HVAC Material | $ 355.21 |
| | | | Check | 11/14/2025 | DEBIT | FERGUSON 0010418 | HVAC Material | $ 913.30 |
| | | | | | | | Total | $ 11,576.34 |
| | | | | | | | | |
| | | | | | | | | |
| | | | Check | 10/31/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 34.11 |
| | | | Check | 11/03/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 141.35 |
| | | | Check | 11/10/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 1,109.11 |
| | | | Check | 11/10/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 95.17 |
| | | | Check | 11/10/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 272.81 |
| | | | Check | 11/11/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 54.07 |
| | | | Check | 11/11/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 47.33 |
| | | | Check | 11/14/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 294.23 |
| | | | Check | 11/20/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 101.69 |
| | | | Check | 11/20/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 546.32 |
| | | | Check | 12/03/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 295.66 |
| | | | Check | 12/03/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 301.05 |
| | | | Check | 12/05/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 618.72 |
| | | | Check | 12/03/2025 | | HUGHES SUPPLY 0010424 | Plumbing Material | $ 1,351.89 |
| | | | Check | 12/11/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 2,599.50 |
| | | | Check | 12/11/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 162.62 |
| | | | Check | 12/18/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 1,034.14 |
| | | | Check | 12/18/2025 | | HUGHES SUPPLY 0010424 | Plumbing Material | $ 55.79 |
| | | | Check | 12/26/2025 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 649.18 |
| | | | Check | 01/07/2026 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 124.86 |
| | | | Check | 01/16/2026 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 56.14 |
| | | | Check | 01/16/2026 | DEBIT | HUGHES SUPPLY 0010424 | Plumbing Material | $ 108.64 |
| | | | Check | 01/27/2026 | DEBIT 9469 | HUGHES SUPPLY 0010424 | Plumbing Material | $ 81.54 |
| | | | | | | | Total | $ 10,135.92 |
| | | | | | | | | |
| | | | Bill Pmt -Check | 10/29/2025 | TRANSFER | PINNACLE BANK LOAN | Loan Payment | $ 7,949.17 |
| | | | Bill Pmt -Check | 12/22/2025 | TRANSFER | PINNACLE BANK LOAN | Loan Payment | $ 7,949.17 |
| | | | | | | | Total | $ 15,898.34 |
| | | | | | | | | |
| | | | Check | 10/29/2025 | DEBIT | Service titan | Computer Program | $ 14.53 |
| | | | Check | 10/30/2025 | | Service titan | Computer Program | $ 3,985.15 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Bill Pmt -Check | 12/01/2025 | AUTO | Service titan | | Computer Program | $ 3,985.15 |
| | Check | 12/26/2025 | | Service titan | | Computer Program | $ 14.13 |
| | Check | 01/05/2026 | | Service titan | | Computer Program | $ 3,985.15 |
| | Check | 01/27/2026 | | Service titan | | Computer Program | $ 13.72 |
| | | | | | Total | | $ 11,997.83 |
| | Bill Pmt -Check | 11/28/2025 | PORTAL | Westbend Ins (auto policy) | | Insurance policies | $ 21,025.22 |
| | | | | | Total | | $ 21,025.22 |
| | Check | 12/18/2025 | | Wholesale Water Heaters | | hilton water heaters | $ 45,899.50 |
| | | | | | Total | | $ 45,899.50 |
| | Check | 10/27/2025 | 2890 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 10/30/2025 | VENMO | William Goodan | | Service Parts | $ 383.06 |
| | Check | 10/31/2025 | 2906 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 11/04/2025 | VENMO | William Goodan | | Lowes | $ 89.77 |
| | Check | 11/10/2025 | 2921 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 11/17/2025 | 2936 | William Goodan | | Payroll check | $ 1,219.26 |
| | Check | 11/24/2025 | 2951 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 11/24/2025 | VENMO | William Goodan | | Lowes | $ 81.17 |
| | Check | 12/01/2025 | 2967 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 12/08/2025 | 2983 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 12/05/2025 | VENMO | William Goodan | | Gas | $ 30.91 |
| | Check | 12/15/2025 | 2999 | William Goodan | | Payroll check | $ 1,219.26 |
| | Check | 12/02/2025 | | William Goodan | | Payroll check | $ 891.42 |
| | Check | 12/22/2025 | 3016 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 12/29/2025 | 3030 | William Goodan | | Payroll check | $ 1,219.27 |
| | Check | 01/07/2026 | 3044 | William Goodan | | Payroll check | $ 1,238.81 |
| | Check | 01/12/2026 | 3058 | William Goodan | | Payroll check | $ 1,238.80 |
| | Check | 01/13/2026 | DEBIT 9468 | William Goodan | | oil change | $ 204.90 |
| | Check | 01/06/2026 | VENMO | William Goodan | | Service Parts | $ 603.11 |
| | Check | 01/19/2026 | 3072 | William Goodan | | Payroll check | $ 1,717.62 |
| | Check | 01/26/2026 | 3086 | William Goodan | | Payroll check | $ 1,238.81 |
| | | | | | Total | | $ 19,911.06 |

Debtor    Accent Comfort Services, LLC _____     Case number (if known) 26-30097

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.2.  Fox Funding Group, LLC vs. Accent Comfort Services, LLC d/b/a Accent Comfort Services and Frank Celeste; Circuit Court of the Seventeenth Judicial Circuit Broward County, Florida #CACE-25-016995 | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  Family Funding Group, LLC vs. Accent Comfort Services, LLC d/b/a Accent Comfort Services and Frank Celeste; Supreme Court of the State of New York, County of Monroe; Index #E2025020394 | | | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| Generators and tools | $4,000.00 | July 2025 | $0.00 |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Debtor    Accent Comfort Services, LLC                                    Case number *(if known)* 26-30097

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Essex Richards, P.A. 1701 South Boulevard Charlotte, NC 28203 | N/A | December 31, 2025 | $15,000.00 |
| | **Email or website address** jwoodman@essexrichards.com | | | |
| | **Who made the payment, if not debtor?** Debtor | | | |
| 11.2. | Credit Relief/Reliant 670 Cross Point Rd. Columbus, OH 43230 | N/A | Various dates | $54,966.85 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | SEE ATTACHED SCHEDULE | | | $0.00 |
| | **Relationship to debtor** | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 5035 W. WT Harris Blvd. Charlotte, NC 28269 | September 19, 2018 to October 10, 2023 |

**Part 8:    Health Care Bankruptcies**



**STATEMENT OF FINANCIAL AFFAIRS - Question #13**

| Who received the Transfer | Description of property or payments received or debts paid in exchange | Date | Total Amount |
|---|---|---|---|
| Carvana | 2021 Dodge Durango GT Vin # 7848 | 4/16/2024 | 27,800Total 26,932.38 lein payoff to chrysler Capital Balance of 867.62 to Accent |
| Northpoint Chrysler Dodge | 2023 Jeep Grand Cherokee Vin# 8136 | 12/15/2024 | Lease termination Turned vehicle in no money changed hands |
| Parks Chevrolet | 2021 Ram 2500 Vin#1584 | 12/30/2024 | Trade in rolled negative equity of $4,489.00 into new vehicle loan 2024 Silverado 2500 |

Debtor    Accent Comfort Services, LLC                                   Case number *(if known)* 26-30097

### 15. Health Care bankruptcies
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Customers debit/credit card numbers are stored at Clearent; this is the credit card processor; these are for customers that are pay monthly.

Does the debtor have a privacy policy about that information?
☐ No
☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☒ Yes. Fill in below:
Name of plan                                                Employer identification number of the plan
Simple IRA (Charles Schwab)                                 EIN:  20-1929409

Has the plan been terminated?
☒ No
☐ Yes

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Pinnacle Bank 21 Platform Way S, St. 2300 Nashville, TN 37203 | XXXX-1731 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | October 15, 2025 | $80.12 |
| 18.2. | Pinnacle Bank 21 Platform Way S., Ste. 2300 Nashville, TN 37203 | XXXX-3821 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | October 16, 2025 | $36.05 |

Debtor   Accent Comfort Services, LLC                                    Case number *(if known)* 26-30097

| | | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|---|
| 18.3. | | Pinnacle Bank 21 Platform S., Ste. 2300 Nashville, TN 37203 | XXXX-3888 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | October 20, 2025 | $11,112.94 |
| 18.4. | | Pinnacle Bank 21 Platform Way S., Ste. G Nashville, TN 37203 | XXXX-7230 | ☒ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | October 14, 2025 | $11.27 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Debtor    Accent Comfort Services, LLC                                          Case number (if known) 26-30097

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ☒ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

   ☒ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☒ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
      ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Martin Halloran CPA
18525 Statesville Road, Unit D-02
Cornelius, NC 28031 | March 2011 to August 2024 |
| 26a.2.    James Hammack
Hammack, Lane & Company, PLLC
P.O. Box 1844
Huntersville, NC 28078 | August 2024 to present |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

      ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Martin Halloran CPA
18525 Statesville Road, Unit D-02
Cornelius, NC 28031 | March 2011 to August 2024 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    James Hammack
Hammack, Lane & Company, PLLC
P.O. Box 1844
Huntersville, NC 28078 | August 2024 to present |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

      ☐ None

Debtor    Accent Comfort Services, LLC                                          Case number *(if known)* 26-30097

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    James Hammack<br>Hammack, Lane & Company, PLLC<br>P.O. Box 1844<br>Huntersville, NC 28078 | |
| 26c.2.    Accent Comfort Services, LLC<br>Attn: Frank Celeste, Sr. | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.    Pinnacle Bank
P.O. Box 292487
Nashville, TN 37229

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank Celeste, Sr. | 6013 Colonial Garden Dr.<br>Huntersville, NC 28078 | Partner | 50% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Frank C. Celeste | 6009 Colonial Garden Dr.<br>Huntersville, NC 28078 | Partner | 50% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dan Mills | c/o DLM Enterprise, LLC<br>17401 Sailors Watch Pl.<br>Cornelius, NC 28031 | 50% interest | January 1, 2005 until sold his interest August 1, 2024 |

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Accent Comfort Services, LLC                          Case number (if known)  26-30097

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1  SEE ATTACHED SCHEDULE | | | |
| Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒  No
☐  Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒  No
☐  Yes. Identify below.

Name of the pension fund                          Employer Identification number of the pension fund

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2/20/26

/s/   Frank C. Celeste                                    Frank C. Celeste
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

| | | | | | |
|---|---|---|---|---|---|
| Frank Celeste | 01/29/2024 | Direct Pay | Direct Pay | $ 1,321.22 | Direct Payment to Diamond Card |
| Frank Celeste | 01/30/2024 | Check | 7732 | $ 350.00 | 2 weeks health insurance |
| Frank Celeste | 01/31/2024 | Direct Pay | Direct Pay | $ 223.00 | Directly Paid on Apple Card |
| Frank Celeste | 02/07/2024 | Direct Pay | Direct Pay | $ 150.00 | Discover minimum |
| Frank Celeste | 02/09/2024 | Check | 1130 | $ 350.00 | 2 weeks health insurance |
| Frank Celeste | 02/16/2024 | Check | 9502 | $ 175.00 | Health insurance payment |
| Frank Celeste | 02/23/2024 | Check | 9505 | $ 175.00 | Health insurance payment |
| Frank Celeste | 02/23/2024 | Direct Pay | Direct Pay | $ 800.00 | Direct Payment to Diamond Card |
| Frank Celeste | 02/29/2024 | Direct Pay | Direct Pay | $ 228.00 | Directly Paid on Apple Card |
| Frank Celeste | 03/01/2024 | Check | 9508 | $ 175.00 | Health insurance payment |
| Frank Celeste | 03/11/2024 | Direct Pay | Direct Pay | $ 125.00 | Discover minimum |
| Frank Celeste | 03/11/2024 | Check | 9519 | $ 175.00 | Health insurance payment |
| Frank Celeste | 03/15/2024 | Direct Pay | Direct Pay | $ 160.00 | Directly Paid simplicity Card minimum |
| Frank Celeste | 04/01/2024 | Direct Pay | Direct Pay | $ 213.00 | Directly Paid on Apple Card |
| Frank Celeste | 04/12/2024 | Check | 9370 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 04/19/2024 | Check | 9537 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 04/26/2024 | Check | 9422 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 05/01/2024 | Direct Pay | Direct Pay | $ 221.00 | Directly Paid on Apple Card |
| Frank Celeste | 05/03/2024 | Check | 9448 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 05/10/2024 | Check | 9474 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 05/17/2024 | Check | 9500 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 05/24/2024 | Check | 9525 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 05/30/2024 | Check | 7744 | $ 18.08 | Parts for company GM vehicle |
| Frank Celeste | 05/31/2024 | Direct Pay | Direct Pay | $ 214.00 | Directly Paid on Apple Card |
| Frank Celeste | 05/31/2024 | Check | 9551 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 06/07/2024 | Check | 88002 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 06/14/2024 | Check | 88028 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 06/21/2024 | Check | 88053 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 06/28/2024 | Check | 88078 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 07/01/2024 | Direct Pay | Direct Pay | $ 216.00 | Directly Paid on Apple Card |
| Frank Celeste | 07/05/2024 | Check | 88103 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 07/12/2024 | Check | 88128 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 07/19/2024 | Check | 88153 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 07/26/2024 | Check | 88178 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 07/31/2024 | Direct Pay | Direct Pay | $ 209.00 | Directly Paid on Apple Card |
| Frank Celeste | 08/02/2024 | Check | 88203 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 08/09/2024 | Check | 88228 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 08/16/2024 | Check | 88252 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 08/16/2024 | Check | 6005 | $ 2,391.36 | 2 weeks payroll |
| Frank Celeste | 08/23/2024 | Check | 88276 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 08/30/2024 | Direct Pay | Direct Pay | $ 213.00 | Directly Paid on Apple Card |
| Frank Celeste | 08/30/2024 | Check | 88300 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 09/06/2024 | Check | 88323 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 09/11/2024 | Direct Pay | Direct Pay | $ 1,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 09/13/2024 | Check | 88345 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 09/20/2024 | Check | 88367 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 09/27/2024 | Check | 88389 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 09/30/2024 | Direct Pay | Direct Pay | $ 212.00 | Directly Paid on Apple Card |
| Frank Celeste | 09/30/2024 | Check | 6059 | $ 3,401.63 | Material purchase reimbursment |
| Frank Celeste | 10/04/2024 | Check | 88411 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 10/11/2024 | Check | 88433 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 10/18/2024 | Check | 88456 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 10/25/2024 | Check | 88477 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 10/30/2024 | Direct Pay | Direct Pay | $ 35,686.79 | Direct Payment to Diamond Card |
| Frank Celeste | 10/31/2024 | Direct Pay | Direct Pay | $ 206.00 | Directly Paid on Apple Card |
| Frank Celeste | 11/01/2024 | Check | 88499 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 11/08/2024 | Check | 88522 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 11/15/2024 | Check | 88541 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 11/22/2024 | Check | 88560 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 11/29/2024 | Check | 88579 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 12/02/2024 | Direct Pay | Direct Pay | $ 10,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 12/03/2024 | Direct Pay | Direct Pay | $ 206.00 | Directly Paid on Apple Card |
| Frank Celeste | 12/06/2024 | Check | 88598 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 12/10/2024 | Direct Pay | Direct Pay | $ 5,200.00 | Direct Payment to Diamond Card |
| Frank Celeste | 12/13/2024 | Check | 88617 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 12/20/2024 | Check | 88636 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 12/27/2024 | Check | 88655 | $ 1,517.03 | Payroll Check |
| Frank Celeste | 12/30/2024 | Direct Pay | Direct Pay | $ 750.00 | Direct Payment to Diamond Card |
| Frank Celeste | 12/30/2024 | Direct Pay | Direct Pay | $ 750.00 | Direct Payment to Diamond Card |
| Frank Celeste | 01/02/2025 | Direct Pay | Direct Pay | $ 200.00 | Directly Paid on Apple Card |
| Frank Celeste | 01/02/2025 | Direct Pay | Direct Pay | $ 200.00 | Directly Paid on Apple Card |
| Frank Celeste | 01/02/2025 | Direct Pay | Direct Pay | $ 1,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 01/02/2025 | Direct Pay | Direct Pay | $ 1,200.00 | Direct Payment to Diamond Card |
| Frank Celeste | 01/03/2025 | Direct Pay | Direct Pay | $ 500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 01/03/2025 | Check | 88675 | $ 1,519.13 | Payroll Check |
| Frank Celeste | 01/06/2025 | Direct Pay | Direct Pay | $ 1,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 01/10/2025 | Check | 88695 | $ 1,523.13 | Payroll Check |
| Frank Celeste | 01/13/2025 | Direct Pay | Direct Pay | $ 1,200.00 | Direct Payment to Diamond Card |
| Frank Celeste | 01/14/2025 | Direct Pay | Direct Pay | $ 4,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 01/15/2025 | Check | 6134 | $ 16,000.00 | Payment toward Kathy Cash Loan |
| Frank Celeste | 01/17/2025 | Check | 88715 | $ 1,523.13 | Payroll Check |
| Frank Celeste | 01/27/2025 | Check | 2016 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 02/03/2025 | Direct Pay | Direct Pay | $ 70.00 | Directly Paid on Apple Card |
| Frank Celeste | 02/03/2025 | Direct Pay | Direct Pay | $ 201.00 | Directly Paid on Apple Card |
| Frank Celeste | 02/03/2025 | Check | 2037 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 02/10/2025 | Check | 2058 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 02/14/2025 | Check | 2079 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 02/21/2025 | Direct Pay | Direct Pay | $ 1,800.00 | Direct Payment to Diamond Card |
| Frank Celeste | 02/24/2025 | Check | 2100 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 02/28/2025 | Direct Pay | Direct Pay | $ 200.00 | Directly Paid on Apple Card |
| Frank Celeste | 02/28/2025 | Direct Pay | Direct Pay | $ 200.00 | Directly Paid on Apple Card |
| Frank Celeste | 03/03/2025 | Check | 2122 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 03/05/2025 | Direct Pay | Direct Pay | $ 750.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/11/2025 | Check | 2145 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 03/17/2025 | Direct Pay | Direct Pay | $ 1,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/17/2025 | Check | 2170 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 03/19/2025 | Direct Pay | Direct Pay | $ 500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/19/2025 | Direct Pay | Direct Pay | $ 1,500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/19/2025 | Check | 6202 | $ 5,500.00 | Equity Payment |
| Frank Celeste | 03/20/2025 | Direct Pay | Direct Pay | $ 1,500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/21/2025 | Direct Pay | Direct Pay | $ 1,000.00 | Direct Payment to Diamond Card |

| Name | Date | Type | Num | Credit | Transaction Description |
|---|---|---|---|---|---|
| Frank Celeste | 03/21/2025 | Direct Pay | Direct Pay | $ 1,500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/24/2025 | Check | 6209 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 03/24/2025 | Direct Pay | Direct Pay | $ 5,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/27/2025 | Direct Pay | Direct Pay | $ 600.00 | Direct Payment to Diamond Card |
| Frank Celeste | 03/31/2025 | Direct Pay | Direct Pay | $ 200.00 | Directly Paid on Apple Card |
| Frank Celeste | 03/31/2025 | Check | 2219 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 04/01/2025 | Direct Pay | Direct Pay | $ 204.00 | Directly Paid on Apple Card |
| Frank Celeste | 04/07/2025 | Direct Pay | Direct Pay | $ 500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/07/2025 | Direct Pay | Direct Pay | $ 1,196.16 | Direct Payment to Diamond Card |
| Frank Celeste | 04/07/2025 | Check | 2244 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 04/08/2025 | Direct Pay | Direct Pay | $ 750.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/08/2025 | Direct Pay | Direct Pay | $ 2,500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/09/2025 | Direct Pay | Direct Pay | $ 400.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/09/2025 | Direct Pay | Direct Pay | $ 500.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/09/2025 | Direct Pay | Direct Pay | $ 750.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/14/2025 | Direct Pay | Direct Pay | $ 1,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/14/2025 | Direct Pay | Direct Pay | $ 1,200.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/14/2025 | Check | 2268 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 04/15/2025 | Direct Pay | Direct Pay | $ 1,200.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/16/2025 | Direct Pay | Direct Pay | $ 1,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/16/2025 | Direct Pay | Direct Pay | $ 1,200.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/16/2025 | Direct Pay | Direct Pay | $ 1,200.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/17/2025 | Check | 6235 | $ 10,468.95 | Payment toward Kathy credit card balance |
| Frank Celeste | 04/17/2025 | Direct Pay | Direct Pay | $ 27,884.70 | Payment toward Discover |
| Frank Celeste | 04/22/2025 | Check | 2294 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 04/22/2025 | Direct Pay | Direct Pay | $ 4,000.00 | Direct Payment to Diamond Card |
| Frank Celeste | 04/22/2025 | Direct Pay | Direct Pay | $ 6,500.00 | Payment toward Chase Marriot |
| Frank Celeste | 04/28/2025 | Check | 2318 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 04/30/2025 | Direct Pay | Direct Pay | $ 219.00 | Directly Paid on Apple Card |
| Frank Celeste | 04/30/2025 | Direct Pay | Direct Pay | $ 219.00 | Directly Paid on Apple Card |
| Frank Celeste | 05/02/2025 | Check | 6249 | $ 13,585.00 | Payment toward Kathy credit card balance |
| Frank Celeste | 05/05/2025 | Check | 2342 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 05/12/2025 | Check | 2365 | $ 1,515.13 | Payroll Check |
| Frank Celeste | 05/19/2025 | Check | 2386 | $ 1,590.48 | Payroll Check |
| Frank Celeste | 05/20/2025 | Direct Pay | Direct Pay | $ 400.00 | Direct Payment to Diamond Card |
| Frank Celeste | 05/22/2025 | Direct Pay | Direct Pay | $ 700.00 | Direct Payment to Diamond Card |
| Frank Celeste | 05/27/2025 | Check | 2410 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 06/02/2025 | Direct Pay | Direct Pay | $ 212.00 | Directly Paid on Apple Card |
| Frank Celeste | 06/02/2025 | Direct Pay | Direct Pay | $ 212.00 | Directly Paid on Apple Card |
| Frank Celeste | 06/02/2025 | Check | 2434 | $ 1,619.48 | Payroll Check |
| Frank Celeste | 06/09/2025 | Check | 2456 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 06/13/2025 | Direct Pay | Direct Pay | $ 13,360.00 | Direct payment on Chase Marriot |
| Frank Celeste | 06/16/2025 | Check | 2480 | $ 1,614.49 | Payroll Check |
| Frank Celeste | 06/17/2025 | Direct Pay | Direct Pay | $ 750.00 | Direct Payment to Diamond Card |
| Frank Celeste | 06/23/2025 | Check | 2504 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 06/30/2025 | Check | 2528 | $ 1,619.48 | Payroll Check |
| Frank Celeste | 07/07/2025 | Check | 2550 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 07/14/2025 | Check | 2574 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 07/21/2025 | Check | 2597 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 07/28/2025 | Check | 2618 | $ 1,619.48 | Payroll Check |
| Frank Celeste | 08/01/2025 | Direct Pay | Direct Pay | $ 230.00 | Directly Paid on Apple Card |
| Frank Celeste | 08/01/2025 | Direct Pay | Direct Pay | $ 230.00 | Directly Paid on Apple Card |
| Frank Celeste | 08/04/2025 | Check | 2639 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 08/11/2025 | Check | 2660 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 08/26/2025 | Direct Pay | Direct Pay | $ 200.00 | Directly Paid on Apple Card |
| Frank Celeste | 08/26/2025 | Direct Pay | Direct Pay | $ 200.00 | Directly Paid on Apple Card |
| Frank Celeste | 08/26/2025 | Check | 2704 | $ 1,619.48 | Payroll Check |
| Frank Celeste | 08/26/2025 | Check | 2681 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 08/31/2025 | Direct Pay | Direct Pay | $ 190.00 | Directly Paid on Apple Card |
| Frank Celeste | 09/01/2025 | Check | 2726 | $ 1,619.49 | Payroll Check |
| Frank Celeste | 09/08/2025 | zelle | zelle | $ 1,649.49 | Initial check bounced, this was the replacement payment |
| Frank Celeste | 09/29/2025 | Check | 9005 | $ 1,619.49 | Equity Payment |
| Frank Celeste | 10/01/2025 | Direct Pay | Direct Pay | $ 210.00 | Directly Paid on Apple Card |
| Frank Celeste | 10/13/2025 | Check | 1142 | $ 4,220.00 | $2600 toward Kathy Cash loan and $1620 toward Frank Equity |
| Frank Celeste | 10/27/2025 | Check | 9132 | $ 1,619.49 | Equity Payment |
| Frank Celeste | 10/31/2025 | Direct Pay | Direct Pay | $ 202.00 | Directly Paid on Apple Card |
| Frank Celeste | 10/31/2025 | Direct Pay | Direct Pay | $ 202.00 | Directly Paid on Apple Card |
| Frank Celeste | 11/03/2025 | Check | 9140 | $ 1,619.49 | Equity Payment |
| Frank Celeste | 11/30/2025 | Direct Pay | Direct Pay | $ 206.00 | Directly Paid on Apple Card |
| Frank Celeste | 11/30/2025 | Direct Pay | Direct Pay | $ 206.00 | Directly Paid on Apple Card |
| Frank Celeste | 01/02/2026 | Direct Pay | Direct Pay | $ 205.00 | Directly Paid on Apple Card |
| Frank Celeste | 01/02/2026 | Direct Pay | Direct Pay | $ 205.00 | Directly Paid on Apple Card |
| Frank Celeste | 01/02/2026 | Direct Pay | Direct Pay | $ 205.00 | Directly Paid on Apple Card |

Jan 27, '24 - Jan 27, 26

Jan 27, '24 - Jan 27, 26

| Name | Date | Type | Num | Credit | Transaction Description |
|---|---|---|---|---|---|
| Frank C Celeste | 05/20/2025 | Check | | $ 50.00 | gas reimbursment for company vehicle |
| Frank C Celeste | 04/30/2024 | Check | JR | $ 100.00 | gas reimbursment for company vehicle |
| Frank C Celeste | 02/02/2024 | Check | 7735 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 02/16/2024 | Check | 9500 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 02/23/2024 | Check | 9506 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 03/01/2024 | Check | 9510 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 03/11/2024 | Check | 9520 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 03/15/2024 | Check | 9525 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 03/22/2024 | Check | 9527 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 03/26/2024 | Check | 9528 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 04/19/2024 | Check | 9536 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 04/26/2024 | Check | 9540 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 05/05/2024 | Check | 9547 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 05/10/2024 | Check | 9553 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 05/17/2024 | Check | 9554 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 05/24/2024 | Check | 9560 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 05/31/2024 | Check | 9562 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 06/07/2024 | Check | 9565 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 06/14/2024 | Check | 9570 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 06/25/2024 | Check | 9576 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 06/28/2024 | Check | 9579 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 07/05/2024 | Check | 9582 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 07/12/2024 | Check | 9585 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 07/19/2024 | Check | 9588 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 07/26/2024 | Check | 101 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 08/02/2024 | Check | 106 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 08/09/2024 | Check | 6002 | $ 150.00 | Agreement for reimbursment of material purchases |
| Frank C Celeste | 03/01/2024 | Check | 9511 | $ 200.00 | Heath insurance payment |
| Frank C Celeste | 04/01/2024 | Check | 9522 | $ 200.00 | Heath insurance payment |
| Frank C Celeste | 04/16/2024 | Check | 9534 | $ 200.00 | Heath insurance payment |
| Frank C Celeste | 05/06/2024 | Check | 9548 | $ 200.00 | Heath insurance payment |
| Frank C Celeste | 05/31/2024 | Check | 9561 | $ 200.00 | Heath insurance payment |
| Frank C Celeste | 07/01/2024 | Check | 9580 | $ 200.00 | Heath insurance payment |
| Frank C Celeste | 01/31/2025 | Check | 6146 | $ 280.00 | credit card minimum |
| Frank C Celeste | 02/10/2025 | Check | 6157 | $ 280.00 | credit card minimum |
| Frank C Celeste | 02/17/2025 | Check | 6172 | $ 280.00 | credit card minimum |
| Frank C Celeste | 02/21/2025 | Check | 6175 | $ 280.00 | credit card minimum |
| Frank C Celeste | 02/28/2025 | Check | 6182 | $ 280.00 | credit card minimum |
| Frank C Celeste | 03/11/2025 | Check | 6191 | $ 280.00 | credit card minimum |
| Frank C Celeste | 03/17/2025 | Check | 6201 | $ 280.00 | credit card minimum |
| Frank C Celeste | 03/24/2025 | Check | 6204 | $ 280.00 | credit card minimum |
| Frank C Celeste | 10/27/2025 | Check | 9127 | $ 280.00 | credit card minimum |
| Frank C Celeste | 04/12/2024 | Check | 9532 | $ 300.00 | 2 Weeks reimbursment |
| Frank C Celeste | 02/09/2024 | Check | 1129 | $ 350.00 | credit card minimum |
| Frank C Celeste | 11/05/2025 | Check | 9148 | $ 420.00 | credit card minimum |
| Frank C Celeste | 11/10/2025 | Check | 9149 | $ 500.00 | Reimbursment for pay advanced to Ricky |
| Frank C Celeste | 06/16/2025 | cash ap | cash ap | $ 680.00 | Reimbursment for material |
| Frank C Celeste | 05/14/2025 | Check | 6269 | $ 850.00 | Payment for Credit Card Balances |
| Frank C Celeste | 06/11/2025 | Check | 6296 | $ 1,000.00 | Payment for Credit Card Balances |
| Frank C Celeste | 09/06/2024 | Check | 88324 | $ 1,166.16 | Payroll Check |
| Frank C Celeste | 01/31/2025 | Check | 6145 | $ 1,207.00 | Payment for Credit Card Balances |
| Frank C Celeste | 04/19/2024 | Check | 9397 | $ 1,244.14 | Payroll Check |
| Frank C Celeste | 05/31/2024 | Check | 9552 | $ 1,244.14 | Payroll Check |
| Frank C Celeste | 07/19/2024 | Check | 88154 | $ 1,244.14 | Payroll Check |
| Frank C Celeste | 04/12/2024 | Check | 9371 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 04/26/2024 | Check | 9423 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 05/03/2024 | Check | 9449 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 05/10/2024 | Check | 9475 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 05/17/2024 | Check | WIRE | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 05/24/2024 | Check | 9526 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 06/07/2024 | Check | 88003 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 06/14/2024 | Check | 88029 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 06/21/2024 | Check | 86054 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 06/28/2024 | Check | 88079 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 07/05/2024 | Check | 88104 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 07/12/2024 | Check | 88129 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 07/26/2024 | Check | 88179 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 08/02/2024 | Check | 88204 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 08/09/2024 | Check | 88229 | $ 1,244.15 | Payroll Check |
| Frank C Celeste | 01/07/2026 | Check | 9174 | $ 1,375.00 | Payment for Credit Card Balances |
| Frank C Celeste | 08/16/2024 | Check | 6006 | $ 1,423.36 | Reimbursment for Company Vehicle Maintenace (tires, oil change) |
| Frank C Celeste | 02/03/2025 | Check | 2038 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 02/14/2025 | Check | 2080 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 03/03/2025 | Check | 2123 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 03/17/2025 | Check | 2171 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 03/31/2025 | Check | 2220 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 04/14/2025 | Check | 2269 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 04/28/2025 | Check | 2319 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 05/12/2025 | Check | 2366 | $ 1,631.01 | Payroll Check |
| Frank C Celeste | 01/27/2025 | Check | 2017 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 02/10/2025 | Check | 2059 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 02/24/2025 | Check | 2101 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 03/11/2025 | Check | 6194 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 03/24/2025 | Check | 2195 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 04/07/2025 | Check | 2245 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 04/22/2025 | Check | 2295 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 05/05/2025 | Check | 2343 | $ 1,631.02 | Payroll Check |
| Frank C Celeste | 08/16/2024 | Check | 88253 | $ 1,631.32 | Payroll Check |
| Frank C Celeste | 09/13/2024 | Check | 88346 | $ 1,631.32 | Payroll Check |
| Frank C Celeste | 10/11/2024 | Check | 88434 | $ 1,631.32 | Payroll Check |
| Frank C Celeste | 11/08/2024 | Check | 88523 | $ 1,631.32 | Payroll Check |
| Frank C Celeste | 12/06/2024 | Check | 88599 | $ 1,631.32 | Payroll Check |
| Frank C Celeste | 12/20/2024 | Check | 88637 | $ 1,631.32 | Payroll Check |
| Frank C Celeste | 08/23/2024 | Check | 88277 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 09/20/2024 | Check | 88368 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 10/04/2024 | Check | 88412 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 10/18/2024 | Check | 88457 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 11/01/2024 | Check | 88500 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 11/15/2024 | Check | 88542 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 11/29/2024 | Check | 88580 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 12/13/2024 | Check | 88618 | $ 1,631.33 | Payroll Check |
| Frank C Celeste | 01/03/2025 | Check | 88676 | $ 1,636.01 | Payroll Check |
| Frank C Celeste | 01/17/2025 | Check | 88716 | $ 1,641.01 | Payroll Check |
| Frank C Celeste | 01/10/2025 | Check | 88696 | $ 1,641.02 | Payroll Check |
| Frank C Celeste | 05/27/2025 | Check | 2411 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 06/09/2025 | Check | 2457 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 06/23/2025 | Check | 2505 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 07/07/2025 | Check | 2551 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 07/21/2025 | Check | 2598 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 08/04/2025 | Check | 2640 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 08/26/2025 | Check | 2682 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 09/01/2025 | Doc | 2727 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 09/29/2025 | Check | 9006 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 10/27/2025 | Check | 9129 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 11/03/2025 | Check | 9141 | $ 1,695.28 | Equity Payment |
| Frank C Celeste | 05/19/2025 | Check | 2387 | $ 1,695.29 | Equity Payment |

SR / JR WE NEED TO DISCUSS THIS

| | | | | | | |
|---|---|---|---|---|---|---|
| Frank C Celeste | 06/02/2025 | Check | 2435 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 06/16/2025 | Check | 2481 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 06/30/2025 | Check | 2529 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 07/14/2025 | Check | 2575 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 07/28/2025 | Check | 2619 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 08/11/2025 | Check | 2661 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 08/26/2025 | Check | 2705 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 09/16/2025 | Check | 2749 | $ | 1,695.29 | Equity Payment |
| Frank C Celeste | 07/07/2025 | Check | 6323 | $ | 1,700.00 | Payment for Credit Card Balances |
| Frank C Celeste | 08/06/2025 | Check | 6353 | $ | 1,700.00 | Payment for Credit Card Balances |
| Frank C Celeste | 09/16/2025 | Check | 6395 | $ | 1,700.00 | Payment for Credit Card Balances |
| Frank C Celeste | 09/27/2024 | Check | 88390 | $ | 1,726.32 | $1631.32, Payroll & 95.00 credit card mininum |
| Frank C Celeste | 10/25/2024 | Check | 88478 | $ | 1,726.32 | $1631.32, Payroll & 95.00 credit card mininum |
| Frank C Celeste | 11/22/2024 | Check | 88561 | $ | 1,726.32 | $1631.32, Payroll & 95.00 credit card mininum |
| Frank C Celeste | 12/27/2024 | Check | 88656 | $ | 1,726.33 | $1631.32, Payroll & 95.00 credit card mininum |
| Frank C Celeste | 08/30/2024 | Check | 88301 | $ | 1,991.32 | Payroll Check and material reimbursement |
| Frank C Celeste | 11/13/2025 | Check | 9008 | $ | 2,100.00 | Payment for Credit Card Balances |
| Frank C Celeste | 05/14/2025 | Check | 6268 | $ | 2,788.49 | Repair made to company owned Ford Truck |
| Frank C Celeste | 02/11/2025 | Check | 6165 | $ | 3,618.00 | Material purchased using persoanl Ally credit card |
| Frank C Celeste | 04/16/2024 | Direct Wire | Direct Wire | $ | 4,285.49 | Reimbursment for job equipment and material |
| Frank C Celeste | 02/11/2025 | Check | 6164 | $ | 4,500.00 | Material purchased using persoanl Citibank Credit Card |
| Frank C Celeste | 06/26/2025 | Direct Wire | Direct Wire | $ | 8,000.00 | Directly to account for Equity Payment |
| Frank C Celeste | 10/13/2025 | Check | 1141 | $ | 8,195.00 | Equity Payment |
| Frank C Celeste | 11/04/2024 | Check | 6076 | $ | 8,200.00 | Payment for Credit Card Balances |
| Frank C Celeste | 04/17/2025 | Check | 6233 | $ | 10,500.00 | Payment for Credit Card Balances |
| Frank C Celeste | 02/19/2025 | Check | 6173 | $ | 10,998.00 | Equity Payment |
| Frank C Celeste | 08/16/2024 | Direct Wire | Direct Wire | $ | 12,000.00 | Reimbursment for personal cash used to cover payroll on 8/12/24 |
| Frank C Celeste | 01/15/2025 | Check | 6133 | $ | 13,878.56 | Material purchases on multiple personal credit cards |
| Frank C Celeste | 03/25/2025 | Check | 1105 | $ | 22,068.99 | Payment for Credit Card Balances |
| | | | | **$ 253,773.86** | | |

| Name | Date | Type | Num | Credit | Transaction Description |
|------|------|------|-----|--------|------------------------|
| Kathy Celeste | 12/04/2025 | direct pay | direct pay | $ 56.00 | Minium payment for Credit One |
| Kathy Celeste | 08/27/2025 | direct pay | direct pay | $ 99.95 | Minium payment for Credit One |
| Kathy Celeste | 07/08/2025 | direct pay | direct pay | $ 100.00 | Minium payment for Credit One |
| Kathy Celeste | 10/01/2025 | direct pay | direct pay | $ 210.00 | Minimum payment for Apple Card |
| Kathy Celeste | 07/01/2025 | direct pay | direct pay | $ 214.00 | Minimum payment for Apple Card |
| Kathy Celeste | 08/20/2025 | zelle | zelle | $ 300.00 | For Carnival credit card used for company expenses |
| Kathy Celeste | 02/10/2025 | Check | 6161 | $ 497.00 | Reimbursement for paying office power bill with Duke |
| Kathy Celeste | 12/03/2025 | direct pay | direct pay | $ 500.00 | direct payment on citibank credit card |
| Kathy Celeste | 03/13/2025 | Check | 6195 | $ 502.00 | minimum for discover |
| Kathy Celeste | 01/03/2025 | Check | 6124 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 01/10/2025 | Check | 6130 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 01/17/2025 | Check | 6137 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 01/24/2025 | Check | 6142 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 02/03/2025 | Check | 6149 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 02/10/2025 | Check | 6158 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 02/17/2025 | Check | 6170 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 02/24/2025 | Check | 6179 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 03/03/2025 | Check | 6186 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 03/11/2025 | Check | 6192 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 03/17/2025 | Check | 6199 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 03/24/2025 | Check | 6207 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 03/31/2025 | Check | 6214 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 04/07/2025 | Check | 6220 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 04/14/2025 | Check | 6229 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 04/22/2025 | Check | 6239 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 04/28/2025 | Check | 6245 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 05/05/2025 | Check | 6253 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 05/12/2025 | Check | 6263 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 05/19/2025 | Check | 6272 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 05/27/2025 | Check | 6280 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 06/02/2025 | Check | 6286 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 06/09/2025 | Check | 6292 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 06/16/2025 | Check | 6302 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 06/23/2025 | Check | 6311 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 06/30/2025 | Check | 6317 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 07/07/2025 | Check | 6321 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 07/14/2025 | Check | 6334 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 07/21/2025 | Check | 6341 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 07/28/2025 | Check | 6349 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 08/04/2025 | Check | 6358 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 08/11/2025 | Check | 6365 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 08/18/2025 | Check | 6377 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 08/25/2025 | Check | 6371 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 09/01/2025 | Check | 6386 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 09/08/2025 | Check | 6391 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 10/27/2025 | Check | 9134 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 11/03/2025 | Check | 9144 | $ 750.00 | Mortgage payment |
| Kathy Celeste | 09/03/2024 | Check | 6017 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 09/06/2024 | Check | 6020 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 09/13/2024 | Check | 6027 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 09/20/2024 | Check | 6031 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 09/26/2024 | Check | 6032 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 10/04/2024 | Check | 6036 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 10/11/2024 | Check | 6041 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 10/18/2024 | Check | 6048 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 10/25/2024 | Check | 6057 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 10/31/2024 | Check | 6065 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 11/08/2024 | Check | 6082 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 11/15/2024 | Check | 6085 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 11/22/2024 | Check | 6094 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 11/29/2024 | Check | 6098 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 12/06/2024 | Check | 6103 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 12/13/2024 | Check | 6113 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 12/20/2024 | Check | 6115 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 12/31/2024 | Check | 6121 | $ 850.00 | Mortgage payment |
| Kathy Celeste | 07/16/2024 | Check | 9564 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 07/22/2024 | Check | 9589 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 07/26/2024 | Check | 102 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/02/2024 | Check | 105 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/09/2024 | Check | 6000 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/16/2024 | Check | 6003 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/23/2024 | Check | 6013 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/30/2024 | Check | 6015 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 09/06/2024 | Check | 6019 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 09/13/2024 | Check | 6026 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 09/20/2024 | Check | 6030 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 09/26/2024 | Check | 6033 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 10/04/2024 | Check | 6035 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 10/11/2024 | Check | 6040 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 10/18/2024 | Check | 6047 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 10/25/2024 | Check | 6056 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 10/31/2024 | Check | 6064 | $ 950.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 11/08/2024 | Check | 6081 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 11/17/2024 | Check | 6084 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 11/22/2024 | Check | 6093 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 11/29/2024 | Check | 6097 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 12/06/2024 | Check | 6102 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 12/13/2024 | Check | 6112 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 12/20/2024 | Check | 6114 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 12/31/2024 | Check | 6120 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 01/03/2025 | Check | 6125 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 01/10/2025 | Check | 6129 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 01/17/2025 | Check | 6136 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 01/24/2025 | Check | 6141 | $ 1,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/18/2025 | direct pay | direct pay | $ 1,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 09/04/2025 | direct pay | direct pay | $ 1,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 10/07/2025 | direct pay | direct pay | $ 1,000.00 | direct payment on citibank credit card |

Jan 27, '24 - Jan 27, 26

| | | | | | |
|---|---|---|---|---|---|
| Kathy Celeste | 10/08/2025 | direct pay | direct pay | $ 1,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 10/27/2025 | direct pay | direct pay | $ 1,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 11/19/2025 | direct pay | direct pay | $ 1,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 09/26/2025 | direct pay | direct pay | $ 1,100.00 | direct payment on citibank credit card |
| Kathy Celeste | 05/14/2025 | Check | 6267 | $ 1,150.00 | Minimum payments on multiple credit cards used for purchases |
| Kathy Celeste | 07/07/2025 | Check | 6324 | $ 1,200.00 | Minimum payments on multiple credit cards used for purchases |
| Kathy Celeste | 08/15/2025 | direct pay | direct pay | $ 1,200.00 | direct payment on citibank credit card |
| Kathy Celeste | 09/09/2025 | direct pay | direct pay | $ 1,200.00 | direct payment on citibank credit card |
| Kathy Celeste | 08/13/2025 | Check | 6367 | $ 1,225.00 | Payment for Chase and Discover credit cards |
| Kathy Celeste | 02/03/2025 | Check | 6150 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 02/10/2025 | Check | 6159 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 02/17/2025 | Check | 6171 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 02/24/2025 | Check | 6180 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 03/03/2025 | Check | 6187 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 03/11/2025 | Check | 6193 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 03/17/2025 | Check | 6200 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 03/24/2025 | Check | 6208 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 03/31/2025 | Check | 6215 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 04/07/2025 | Check | 6221 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 04/14/2025 | Check | 6230 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 04/22/2025 | Check | 6240 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 04/28/2025 | Check | 6246 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 05/05/2025 | Check | 6254 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 05/12/2025 | Check | 6264 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 05/19/2025 | Check | 6273 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 05/27/2025 | Check | 6281 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 06/02/2025 | Check | 6287 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 06/09/2025 | Check | 6293 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 06/16/2025 | Check | 6301 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 06/23/2025 | Check | 6312 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 06/30/2025 | Check | 6316 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 07/07/2025 | Check | 6320 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 07/14/2025 | Check | 6333 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 07/21/2025 | Check | 6340 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 07/28/2025 | Check | 6348 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/04/2025 | Check | 6357 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/11/2025 | Check | 6364 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/18/2025 | Check | 6376 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/25/2025 | Check | 6370 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 09/01/2025 | Check | 6387 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 09/08/2025 | Check | 6390 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 10/22/2025 | Check | 9000 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 10/27/2025 | Check | 9128 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 11/03/2025 | Check | 9153 | $ 1,325.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 01/07/2026 | Check | 9175 | $ 1,375.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 07/16/2025 | direct pay | direct pay | $ 1,400.00 | direct payment on citibank credit card |
| Kathy Celeste | 10/06/2025 | direct pay | direct pay | $ 1,400.00 | direct payment on citibank credit card |
| Kathy Celeste | 11/03/2025 | direct pay | direct pay | $ 1,400.00 | direct payment on citibank credit card |
| Kathy Celeste | 10/01/2025 | direct pay | direct pay | $ 1,500.00 | direct payment on citibank credit card |
| Kathy Celeste | 11/06/2025 | direct pay | direct pay | $ 1,500.00 | direct payment on citibank credit card |
| Kathy Celeste | 10/06/2025 | direct pay | direct pay | $ 1,600.00 | direct payment on citibank credit card |
| Kathy Celeste | 06/17/2025 | Check | 6297 | $ 1,700.00 | Minimum payments on multiple credit cards used for purchases |
| Kathy Celeste | 10/03/2025 | direct pay | direct pay | $ 2,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 10/07/2025 | direct pay | ONLINE | $ 2,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 12/01/2025 | direct pay | direct pay | $ 2,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 09/10/2025 | Check | 6399 | $ 2,340.00 | Paid Kathy for credit cards (BOA, Discover, Chase & Carnival) |
| Kathy Celeste | 04/17/2025 | Check | 6234 | $ 2,500.00 | Payment made on Chase card |
| Kathy Celeste | 08/20/2025 | direct pay | direct pay | $ 3,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 09/10/2025 | Check | 6398 | $ 3,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 08/15/2025 | direct pay | direct pay | $ 3,100.00 | direct payment on citibank credit card |
| Kathy Celeste | 04/16/2025 | Check | 6232 | $ 3,200.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 12/02/2025 | direct pay | direct pay | $ 4,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 12/19/2025 | Check | 9167 | $ 5,000.00 | Mortgage payment |
| Kathy Celeste | 08/20/2025 | direct pay | direct pay | $ 5,200.00 | direct payment on citibank credit card |
| Kathy Celeste | 09/20/2024 | Check | 6028 | $ 6,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 09/10/2025 | direct pay | direct pay | $ 7,000.00 | direct payment on citibank credit card |
| Kathy Celeste | 10/29/2024 | Check | 6058 | $ 19,000.00 | Pay back on short term loan |
| Kathy Celeste | 02/10/2025 | Check | 6160 | $ 25,000.00 | K. Celeste Cash Loan Payment |
| Kathy Celeste | 03/22/2025 | Check | 1103 | $ 42,467.61 | $25000 towards cash loan and $17467.61 towards credit card balances |
| Bank of America | 07/17/2025 | Check | 6337 | $ 21,538.00 | Paid Kathy bank of america credit card used for business expense |
| Kathy Celeste | 10/1/2025 | Cash | Cash | $ 4,120.00 | Personal cash used to pay DLM Enterprises for unpaid 1099 labor |

| Name | Date | Type | Num | Credit | | Transaction Description |
|---|---|---|---|---|---|---|
| **Jan 27, '24 - Jan 27, 26** | | | | | | |
| Stacie Celeste | 03/31/2025 | Check | 6216 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 04/07/2025 | Check | 6225 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 04/14/2025 | Check | 6228 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 04/16/2025 | Check | 6231 | $ | 900.00 | Payment for cash loan |
| Stacie Celeste | 04/22/2025 | Check | 6241 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 04/28/2025 | Check | 6247 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 05/05/2025 | Check | 6255 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 05/12/2025 | Check | 6265 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 05/19/2025 | Check | 6274 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 05/27/2025 | Check | 6282 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 06/02/2025 | Check | 6288 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 06/09/2025 | Check | 6294 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 06/16/2025 | Check | 6303 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 06/23/2025 | Check | 6308 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 06/30/2025 | Check | 6318 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 07/07/2025 | Check | 6322 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 07/14/2025 | Check | 6335 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 07/21/2025 | Check | 6342 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 07/28/2025 | Check | 6350 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 08/04/2025 | Check | 6359 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 08/11/2025 | Check | 6363 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 08/18/2025 | Check | 6375 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 08/25/2025 | Check | 6369 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 09/01/2025 | Check | 6388 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 09/16/2025 | Check | 6394 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 10/22/2025 | Check | 9001 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 10/27/2025 | Check | 9133 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 11/03/2025 | Check | 9142 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 11/10/2025 | Check | 9154 | $ | 280.00 | Payment for cash loan |
| Stacie Celeste | 12/19/2025 | Check | 9166 | $ | 5,000.00 | Payment for cash loan |
| Stacie Celeste | 12/31/2025 | Check | 9168 | $ | 1,000.00 | Payment for credit cards |
| **Jan 27, '24 - Jan 27, 26** | | | | **$ 14,740.00** | | |

| Name | Date | Type | Num | Credit | Transaction Description |
|---|---|---|---|---|---|
| Emily Celeste | 04/12/2024 | Check | 9369 | $ 606.52 | Payroll Check |
| Emily Celeste | 04/19/2024 | Check | 9395 | $ 534.39 | Payroll Check |
| Emily Celeste | 04/26/2024 | Check | 9421 | $ 543.03 | Payroll Check |
| Emily Celeste | 05/03/2024 | Check | 9447 | $ 474.11 | Payroll Check |
| Emily Celeste | 05/10/2024 | Check | 9473 | $ 534.39 | Payroll Check |
| Emily Celeste | 05/17/2024 | Check | 9499 | $ 606.53 | Payroll Check |
| Emily Celeste | 05/24/2024 | Check | 9524 | $ 519.32 | Payroll Check |
| Emily Celeste | 05/31/2024 | Check | 9550 | $ 534.39 | Payroll Check |
| Emily Celeste | 06/07/2024 | Check | 88001 | $ 519.32 | Payroll Check |
| Emily Celeste | 06/14/2024 | Check | 88027 | $ 539.22 | Payroll Check |
| Emily Celeste | 06/21/2024 | Check | 88052 | $ 531.16 | Payroll Check |
| Emily Celeste | 06/28/2024 | Check | 88077 | $ 516.11 | Payroll Check |
| Emily Celeste | 07/05/2024 | Check | 88102 | $ 491.39 | Payroll Check |
| Emily Celeste | 07/12/2024 | Check | 88127 | $ 534.39 | Payroll Check |
| Emily Celeste | 07/19/2024 | Check | 88152 | $ 509.69 | Payroll Check |
| Emily Celeste | 07/26/2024 | Check | 88177 | $ 527.95 | Payroll Check |
| Emily Celeste | 08/02/2024 | Check | 88202 | $ 534.39 | Payroll Check |
| Emily Celeste | 08/09/2024 | Check | 88227 | $ 527.97 | Payroll Check |
| Emily Celeste | 08/16/2024 | Check | 88251 | $ 491.39 | Payroll Check |
| Emily Celeste | 08/23/2024 | Check | 88275 | $ 335.01 | Payroll Check |
| Emily Celeste | 08/30/2024 | Check | 88299 | $ 527.97 | Payroll Check |
| Emily Celeste | 09/06/2024 | Check | 88322 | $ 602.70 | Payroll Check |
| Emily Celeste | 09/13/2024 | Check | 88344 | $ 534.39 | Payroll Check |
| Emily Celeste | 09/20/2024 | Check | 88366 | $ 479.54 | Payroll Check |
| Emily Celeste | 09/27/2024 | Check | 88388 | $ 519.32 | Payroll Check |
| Emily Celeste | 10/04/2024 | Check | 88410 | $ 539.21 | Payroll Check |
| Emily Celeste | 10/11/2024 | Check | 88432 | $ 555.88 | Payroll Check |
| Emily Celeste | 10/18/2024 | Check | 88455 | $ 522.55 | Payroll Check |
| Emily Celeste | 10/25/2024 | Check | 88476 | $ 458.04 | Payroll Check |
| Emily Celeste | 11/01/2024 | Check | 88498 | $ 506.46 | Payroll Check |
| Emily Celeste | 11/08/2024 | Check | 88521 | $ 455.83 | Payroll Check |
| Emily Celeste | 11/15/2024 | Check | 88540 | $ 534.39 | Payroll Check |
| Emily Celeste | 11/22/2024 | Check | 88559 | $ 524.74 | Payroll Check |
| Emily Celeste | 11/29/2024 | Check | 88578 | $ 611.35 | Payroll Check |
| Emily Celeste | 12/06/2024 | Check | 88597 | $ 467.68 | Payroll Check |
| Emily Celeste | 12/13/2024 | Check | 88616 | $ 611.35 | Payroll Check |
| Emily Celeste | 12/20/2024 | Check | 88635 | $ 504.25 | Payroll Check |
| Emily Celeste | 12/27/2024 | Check | 88654 | $ 543.02 | Payroll Check |
| Emily Celeste | 01/06/2025 | Check | 88674 | $ 535.44 | Payroll Check |
| Emily Celeste | 01/13/2025 | Check | 88694 | $ 514.95 | Payroll Check |
| Emily Celeste | 01/20/2025 | Check | 88714 | $ 568.18 | Payroll Check |
| Emily Celeste | 01/27/2025 | Check | 2013 | $ 59.10 | Final Payrol Check. |
| | | | | **$ 21,587.01** | |

Jan 27, '24 - Jan 27, 26

| Name | Date | Type | Num | | Credit | | Transaction Description |
|---|---|---|---|---|---|---|---|

**Jan 27, '24 - Jan 27, 26**

| Name | Date | Type | Num | | Credit | | Transaction Description |
|---|---|---|---|---|---|---|---|
| Nikolas Celeste | 04/12/2024 | Check | 9372 | $ | 844.95 | | Payroll Check |
| Nikolas Celeste | 04/19/2024 | Check | 9398 | $ | 1,270.02 | | Payroll Check |
| Nikolas Celeste | 04/26/2024 | Check | 9424 | $ | 906.91 | | Payroll Check |
| Nikolas Celeste | 05/03/2024 | Check | 9450 | $ | 901.08 | | Payroll Check |
| Nikolas Celeste | 05/10/2024 | Check | 9476 | $ | 746.74 | | Payroll Check |
| Nikolas Celeste | 05/17/2024 | Check | 9502 | $ | 674.49 | | Payroll Check |
| Nikolas Celeste | 05/24/2024 | Check | 9527 | $ | 810.57 | | Payroll Check |
| Nikolas Celeste | 05/31/2024 | Check | 9553 | $ | 826.17 | | Payroll Check |
| Nikolas Celeste | 06/07/2024 | Check | 88004 | $ | 863.73 | | Payroll Check |
| Nikolas Celeste | 06/14/2024 | Check | 88030 | $ | 922.50 | | Payroll Check |
| Nikolas Celeste | 06/21/2024 | Check | 88055 | $ | 1,331.97 | | Payroll Check |
| Nikolas Celeste | 06/28/2024 | Check | 88080 | $ | 1,301.01 | | Payroll Check |
| Nikolas Celeste | 07/05/2024 | Check | 88105 | $ | 1,344.17 | | Payroll Check |
| Nikolas Celeste | 07/12/2024 | Check | 88130 | $ | 1,270.91 | | Payroll Check |
| Nikolas Celeste | 07/17/2024 | zelle | zelle | $ | 390.00 | | Home depot |
| Nikolas Celeste | 07/19/2024 | Check | 88155 | $ | 1,216.85 | | Payroll Check |
| Nikolas Celeste | 07/26/2024 | Check | 88180 | $ | 1,083.41 | | Payroll Check |
| Nikolas Celeste | 07/29/2024 | zelle | zelle | $ | 145.80 | | Material at Lowes |
| Nikolas Celeste | 08/02/2024 | Check | 88205 | $ | 972.69 | | Payroll Check |
| Nikolas Celeste | 08/07/2024 | zelle | zelle | $ | 111.00 | | Material at Lowes |
| Nikolas Celeste | 08/09/2024 | Check | 88230 | $ | 972.70 | | Payroll Check |
| Nikolas Celeste | 08/15/2024 | zelle | zelle | $ | 190.00 | | Material at Sid Harvey & Gas |
| Nikolas Celeste | 08/16/2024 | Check | 88254 | $ | 1,195.11 | | Payroll Check |
| Nikolas Celeste | 08/19/2024 | zelle | zelle | $ | 104.12 | | ferguson for material |
| Nikolas Celeste | 08/23/2024 | Check | 88278 | $ | 1,180.30 | | Payroll Check |
| Nikolas Celeste | 08/26/2024 | zelle | zelle | $ | 175.00 | | Material at home depot |
| Nikolas Celeste | 08/30/2024 | Check | 88302 | $ | 1,573.17 | | Payroll Check |
| Nikolas Celeste | 09/06/2024 | Check | 88325 | $ | 1,173.49 | | Payroll Check |
| Nikolas Celeste | 09/07/2024 | zelle | zelle | $ | 227.45 | | material at Epting |
| Nikolas Celeste | 09/09/2024 | zelle | zelle | $ | 124.33 | | Material at Ferguson |
| Nikolas Celeste | 09/13/2024 | Check | 88347 | $ | 1,367.80 | | Payroll Check |
| Nikolas Celeste | 09/14/2024 | zelle | zelle | $ | 320.43 | | Material at Insight |
| Nikolas Celeste | 09/20/2024 | Check | 88369 | $ | 1,469.04 | | Payroll Check |
| Nikolas Celeste | 09/27/2024 | Check | 88391 | $ | 1,518.98 | | Payroll Check |
| Nikolas Celeste | 09/27/2024 | zelle | zelle | $ | 342.00 | | Material at lennox, ferguson & Epting |
| Nikolas Celeste | 10/04/2024 | Check | 88413 | $ | 1,626.32 | | Payroll Check |
| Nikolas Celeste | 10/11/2024 | Check | 88435 | $ | 1,576.48 | | Payroll Check |
| Nikolas Celeste | 10/11/2024 | zelle | zelle | $ | 49.87 | | Material at home depot |
| Nikolas Celeste | 10/18/2024 | Check | 88458 | $ | 1,525.67 | | Payroll Check |
| Nikolas Celeste | 10/25/2024 | Check | 88479 | $ | 1,106.16 | | Payroll Check |
| Nikolas Celeste | 11/01/2024 | Check | 88501 | $ | 1,025.08 | | Payroll Check |
| Nikolas Celeste | 11/02/2024 | zelle | zelle | $ | 65.00 | | Gas for work vehicle |
| Nikolas Celeste | 11/08/2024 | Check | 88524 | $ | 936.12 | | Payroll Check |
| Nikolas Celeste | 11/08/2024 | zelle | zelle | $ | 32.21 | | Material at Lowes |
| Nikolas Celeste | 11/11/2024 | zelle | zelle | $ | 80.34 | | Gas for work vehicle |
| Nikolas Celeste | 11/15/2024 | Check | 88543 | $ | 883.72 | | Payroll Check |
| Nikolas Celeste | 11/16/2024 | zelle | zelle | $ | 120.25 | | Material at Lowes |
| Nikolas Celeste | 11/22/2024 | Check | 88562 | $ | 1,312.76 | | Payroll Check |
| Nikolas Celeste | 11/29/2024 | Check | 88581 | $ | 1,386.89 | | Payroll Check |
| Nikolas Celeste | 12/06/2024 | Check | 88600 | $ | 992.80 | | Payroll Check |
| Nikolas Celeste | 12/13/2024 | Check | 88619 | $ | 1,246.52 | | Payroll Check |
| Nikolas Celeste | 12/15/2024 | Check | 88624 | $ | 1,224.82 | | Payroll Check |
| Nikolas Celeste | 12/20/2024 | Check | 88638 | $ | 1,165.46 | | Payroll Check |
| Nikolas Celeste | 12/27/2024 | Check | 88657 | $ | 1,320.66 | | Payroll Check |
| Nikolas Celeste | 01/03/2025 | zelle | zelle | $ | 372.87 | | Material at City Electric |
| Nikolas Celeste | 01/06/2025 | Check | 88677 | $ | 1,285.83 | | Payroll Check |
| Nikolas Celeste | 01/13/2025 | Check | 88697 | $ | 965.21 | | Payroll Check |
| Nikolas Celeste | 01/20/2025 | Check | 88717 | $ | 1,151.09 | | Payroll Check |
| Nikolas Celeste | 01/23/2025 | zelle | zelle | $ | 286.85 | | Material at City Electric |
| Nikolas Celeste | 01/27/2025 | Check | 2019 | $ | 856.43 | | Payroll Check |
| Nikolas Celeste | 02/05/2025 | zelle | zelle | $ | 124.44 | | Material at Lowes |
| Nikolas Celeste | 02/15/2025 | zelle | zelle | $ | 74.05 | | Gas for work vehicle |
| Nikolas Celeste | 02/18/2025 | zelle | zelle | $ | 91.08 | | Material at Ferguson |
| Nikolas Celeste | 02/28/2025 | zelle | zelle | $ | 281.02 | | Material at City Electric |
| Nikolas Celeste | 03/04/2025 | zelle | zelle | $ | 141.46 | | Material at Ferguson |
| Nikolas Celeste | 03/12/2025 | zelle | zelle | $ | 74.17 | | Gas for work vehicle |
| Nikolas Celeste | 03/13/2025 | zelle | zelle | $ | 140.77 | | Material at home depot |
| Nikolas Celeste | 03/17/2025 | zelle | zelle | $ | 172.65 | | Material at home depot |
| Nikolas Celeste | 03/18/2025 | zelle | zelle | $ | 59.62 | | Material at Sid Harvey |
| Nikolas Celeste | 04/01/2025 | zelle | zelle | $ | 85.00 | | Gas for work vehicle |
| Nikolas Celeste | 04/22/2025 | zelle | zelle | $ | 67.75 | | Gas for work vehicle |
| Nikolas Celeste | 05/08/2025 | Check | 6257 | $ | 3,000.00 | | Commission Check for Estes install |
| Nikolas Celeste | 05/20/2025 | zelle | zelle | $ | 461.91 | | Material at City Electric |
| Nikolas Celeste | 05/27/2025 | zelle | zelle | $ | 518.11 | | Material at City Electric |
| Nikolas Celeste | 06/19/2025 | venmo | Venmo | $ | 82.00 | | Gas for work vehicle |
| Nikolas Celeste | 07/30/2025 | zelle | zelle | $ | 415.58 | | material at Epting |
| Nikolas Celeste | 08/28/2025 | venmo | Venmo | $ | 814.67 | | Material at Epting, City electric and ferguson |
| Nikolas Celeste | 09/09/2025 | venmo | Venmo | $ | 157.63 | | Material at Insight |
| Nikolas Celeste | 09/29/2025 | Check | 6409 | $ | 1,436.35 | | Payroll Check |
| Nikolas Celeste | 10/06/2025 | Check | 1133 | $ | 1,383.96 | | Payroll Check |
| Nikolas Celeste | 10/07/2025 | venmo | Venmo | $ | 283.00 | | material at insight & Gas for the truck |
| Nikolas Celeste | 10/09/2025 | venmo | Venmo | $ | 342.22 | | $142.22 material at home depot and $200 tip from coastal construction |
| Nikolas Celeste | 10/13/2025 | Check | 2858 | $ | 1,109.49 | | Payroll Check |
| Nikolas Celeste | 10/14/2025 | venmo | Venmo | $ | 80.00 | | Gas for work vehicle |
| Nikolas Celeste | 10/14/2025 | venmo | Venmo | $ | 618.34 | | Material at Home depot & City Electric |
| Nikolas Celeste | 10/16/2025 | venmo | Venmo | $ | 1,398.71 | | Material at City Electric |
| Nikolas Celeste | 10/20/2025 | Check | 2873 | $ | 1,350.02 | | Payroll Check |
| Nikolas Celeste | 10/27/2025 | Check | 2889 | $ | 1,204.06 | | Payroll Check |
| Nikolas Celeste | 10/31/2025 | Check | 2905 | $ | 1,212.29 | | Payroll Check |
| Nikolas Celeste | 11/06/2025 | venmo | Venmo | $ | 107.38 | | Material at Lowes |
| Nikolas Celeste | 11/07/2025 | venmo | Venmo | $ | 430.00 | | Material at Lowes and Insight |

| | | | | | | |
|---|---|---|---|---|---:|---|
| Nikolas Celeste | 11/10/2025 | Check | 2920 | $ | 1,168.84 | Payroll Check |
| Nikolas Celeste | 11/12/2025 | venmo | Venmo | $ | 46.78 | Material at Ferguson |
| Nikolas Celeste | 11/17/2025 | Check | 2935 | $ | 1,324.32 | Payroll Check |
| Nikolas Celeste | 11/20/2025 | venmo | Venmo | $ | 30.00 | Gas for work vehicle |
| Nikolas Celeste | 11/24/2025 | Check | 2950 | $ | 1,006.69 | Payroll Check |
| Nikolas Celeste | 12/01/2025 | Check | 2966 | $ | 1,143.43 | Payroll Check |
| Nikolas Celeste | 12/08/2025 | Check | 2982 | $ | 1,129.04 | Payroll Check |
| Nikolas Celeste | 12/11/2025 | Check | 2994 | $ | 715.75 | Payroll Check |
| Nikolas Celeste | 12/15/2025 | Check | 2998 | $ | 902.88 | Payroll Check |
| Nikolas Celeste | 12/22/2025 | Check | 3015 | $ | 857.64 | Payroll Check |
| Nikolas Celeste | 12/22/2025 | venmo | Venmo | $ | 65.00 | Gas for work vehicle |
| Nikolas Celeste | 12/22/2025 | venmo | Venmo | $ | 59.48 | Material at lennox |
| Nikolas Celeste | 12/22/2025 | Check | 3054 | $ | 1,355.28 | Payroll Check |
| Nikolas Celeste | 12/26/2025 | venmo | Venmo | $ | 70.34 | Gas for work vehicle |
| Nikolas Celeste | 12/29/2025 | Check | 3029 | $ | 909.04 | Payroll Check |
| Nikolas Celeste | 01/07/2026 | Check | 3043 | $ | 1,671.68 | Payroll Check |
| Nikolas Celeste | 01/12/2026 | Check | 3057 | $ | 775.49 | Payroll Check |
| Nikolas Celeste | 01/12/2026 | venmo | Venmo | $ | 57.81 | Material at Lowes |
| Nikolas Celeste | 01/15/2026 | venmo | Venmo | $ | 32.15 | Material at Home depot |
| Nikolas Celeste | 01/15/2026 | venmo | venmo | $ | 19.97 | Material at Home depot |
| Nikolas Celeste | 01/19/2026 | Check | 3071 | $ | 953.36 | Payroll Check |
| Nikolas Celeste | 01/26/2026 | Check | 3085 | $ | 715.21 | Payroll Check |

**Jan 27, '24 - Jan 27, 26**                     $ 85,192.21

**Jan 27, '24 - Jan 27, 26**

| Name | Date | Type | Num | Credit | Transaction Description | |
|---|---|---|---|---|---|---|
| Daniel Mills | 01/30/2024 | Check | 7731 | $ 320.00 | 2 missed insurance reimbursement payments | Talk with Sr & Jr on DLM Enterprises |
| Daniel Mills | 02/09/2024 | Check | 1131 | $ 160.00 | insurance reimbursement payment | |
| Daniel Mills | 02/16/2024 | Check | 9501 | $ 160.00 | insurance reimbursement payment | |
| Daniel Mills | 02/23/2024 | Check | 9507 | $ 160.00 | insurance reimbursement payment | |
| Daniel Mills | 03/01/2024 | Check | 9509 | $ 160.00 | insurance reimbursement payment | |
| Daniel Mills | 03/11/2024 | Check | 9521 | $ 160.00 | insurance reimbursement payment | |
| Daniel Mills | 04/12/2024 | Check | 9382 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 04/19/2024 | Check | 9539 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 04/26/2024 | Check | 9434 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 05/03/2024 | Check | 9460 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 05/10/2024 | Check | 9486 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 05/17/2024 | Check | 9556 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 05/24/2024 | Check | 9538 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 05/31/2024 | Check | 9563 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 06/07/2024 | Check | 88015 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 06/14/2024 | Check | 88040 | $ 1,517.03 | Salary Payment | |
| Daniel Mills | 06/21/2024 | Check | 88065 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 06/28/2024 | Check | 88090 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 07/05/2024 | Check | 88115 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 07/12/2024 | Check | 88140 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 07/19/2024 | Check | 88165 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 07/26/2024 | Check | 88190 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 08/02/2024 | Check | 88215 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 08/09/2024 | Check | 88239 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 08/16/2024 | Check | 88263 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 08/23/2024 | Check | 88287 | $ 1,517.03 | Salary Payment | |
| Daniel Mills | 08/30/2024 | Check | 88310 | $ 1,529.89 | Salary Payment | |
| Daniel Mills | 09/06/2024 | Check | 88333 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 09/13/2024 | Check | 88355 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 09/20/2024 | Check | 88377 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 09/27/2024 | Check | 88399 | $ 1,517.03 | Equity payment received when he was a partner | |
| Daniel Mills | 10/04/2024 | Check | 6037 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 10/11/2024 | Check | 6043 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 10/18/2024 | Check | 6049 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 10/25/2024 | Check | 6054 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 10/31/2024 | Check | 6062 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/08/2024 | Check | 6079 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/15/2024 | Check | 6086 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/22/2024 | Check | 6092 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/29/2024 | Check | 6099 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 12/06/2024 | Check | 6106 | $ 150.00 | Reimbursment for NC HVAC Business license renewal | |
| Daniel Mills | 12/06/2024 | Check | 6104 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 12/13/2024 | Check | 6110 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 12/20/2024 | Check | 6116 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 12/31/2024 | Check | 6122 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 01/06/2025 | Check | 6127 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 01/13/2025 | Check | 6131 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 01/20/2025 | Check | 6138 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 01/27/2025 | Check | 6143 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 02/03/2025 | Check | 6147 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 02/10/2025 | Check | 6155 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 02/17/2025 | Check | 6168 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 02/24/2025 | Check | 6177 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 03/03/2025 | Check | 6184 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 03/07/2025 | Check | 6188 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 03/17/2025 | Check | 6197 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 03/24/2025 | Check | 6205 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 03/31/2025 | Check | 6212 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 04/07/2025 | Check | 6218 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 04/14/2025 | Check | 6226 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 04/21/2025 | Check | 6237 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 04/28/2025 | Check | 6243 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 05/05/2025 | Check | 6251 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 05/12/2025 | Check | 6261 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 05/19/2025 | Check | 6270 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 05/27/2025 | Check | 6278 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 06/02/2025 | Check | 6284 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 06/09/2025 | Check | 6290 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 06/16/2025 | Check | 6299 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 06/23/2025 | Check | 6305 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 06/30/2025 | Check | 6314 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 07/07/2025 | Check | 6319 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 07/14/2025 | Check | 6331 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 07/21/2025 | Check | 6338 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 07/28/2025 | Check | 6346 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 08/04/2025 | Check | 6356 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 08/11/2025 | Check | 6361 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 08/18/2025 | Check | 6373 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 08/25/2025 | Check | 6379 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 09/01/2025 | Check | 6384 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 09/08/2025 | Check | 6392 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 10/13/2025 | Check | 1137 | $ 7,000.00 | Payments owed for missed weekly sale of the company | |
| Daniel Mills | 10/22/2025 | Check | 9002 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 10/27/2025 | Check | 9131 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/03/2025 | Check | 9138 | $ 1,371.40 | 1099 Income | |
| Daniel Mills | 11/03/2025 | Check | 9139 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/10/2025 | Check | 9159 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/13/2025 | Check | 9151 | $ 1,371.40 | 1099 Income | |
| Daniel Mills | 11/13/2025 | Check | 9152 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 11/17/2025 | Check | 9156 | $ 1,371.40 | 1099 Income | |
| Daniel Mills | 12/19/2025 | Check | 9165 | $ 1,400.00 | Payment towards sale of the company | |
| Daniel Mills | 01/07/2026 | Check | 9173 | $ 1,375.00 | Payment towards cash loan | |
| Daniel Mills | 01/27/2026 | Check | 9182 | $ 5,384.95 | Reimbursment for personal credit card used for material | |
| | | | | | | |
| DLM Enterprises LLC | 01/06/2025 | Check | 6128 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 10/04/2024 | Check | 6038 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 10/11/2024 | Check | 6044 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 10/18/2024 | Check | 6050 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 10/25/2024 | Check | 6055 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 11/01/2024 | Check | 6063 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 11/08/2024 | Check | 6080 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 11/15/2024 | Check | 6087 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 11/22/2024 | Check | 6091 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 11/29/2024 | Check | 6100 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 12/06/2024 | Check | 6105 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 12/13/2024 | Check | 6111 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 12/20/2024 | Check | 6117 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 12/31/2024 | Check | 6123 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 01/13/2025 | Check | 6132 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 01/20/2025 | Check | 6139 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 01/27/2025 | Check | 6144 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 02/03/2025 | Check | 6148 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 02/10/2025 | Check | 6156 | $ 1,160.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 02/17/2025 | Check | 6169 | $ 1,371.00 | 1099 Contract Labor | |
| DLM Enterprises LLC | 02/24/2025 | Check | 6178 | $ 1,371.40 | 1099 Contract Labor | |

**DLM Enterprises LLC is registered to Daniel Mills**

| | | | | | | |
|---|---|---|---|---|---|---|
| DLM Enterprises LLC | 03/03/2025 | Check | 6185 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 03/07/2025 | Check | 6189 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 03/17/2025 | Check | 6198 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 03/24/2025 | Check | 6206 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 03/31/2025 | Check | 6213 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 04/07/2025 | Check | 6219 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 04/14/2025 | Check | 6227 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 04/21/2025 | Check | 6238 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 04/28/2025 | Check | 6244 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 05/05/2025 | Check | 6252 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 05/12/2025 | Check | 6262 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 05/19/2025 | Check | 6271 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 05/27/2025 | Check | 6279 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 06/02/2025 | Check | 6285 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 06/09/2025 | Check | 6291 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 06/16/2025 | Check | 6300 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 06/23/2025 | Check | 6306 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 06/30/2025 | Check | 6315 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 07/07/2025 | Check | 6326 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 07/14/2025 | Check | 6332 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 07/21/2025 | Check | 6339 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 07/28/2025 | Check | 6347 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 08/04/2025 | Check | 6355 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 08/11/2025 | Check | 6362 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 08/25/2025 | Check | 6380 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 08/18/2025 | Check | 6374 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 09/01/2025 | Check | 6385 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 09/08/2025 | Check | 6393 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 10/13/2025 | Check | 1138 | $ | 2,744.00 | 2 weeks of 1099 Contract Labor |
| DLM Enterprises LLC | 10/22/2025 | Check | 9003 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 10/27/2025 | Check | 9130 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 12/19/2025 | Check | 9163 | $ | 1,371.40 | 1099 Contract Labor |
| DLM Enterprises LLC | 10/01/2025 | cash | Cash | $ | 4,120.00 | Back pay owed. Kathy Celeste loaned Cash to pay for this |

| Name | Date | Type | Num | Credit | Transaction Description |
|---|---|---|---|---|---|
| **Jan 27, '24 - Jan 27, 26** | | | | | |
| Jennifer A Freeman | 03/04/2024 | zelle | zelle | $ 673.40 | Paid Kirk Maron salary from personal account, than Accent reimbursed Jennifer |
| Jennifer A Freeman | 03/07/2024 | zelle | zelle | $ 391.05 | Paid for material purchased by Nikolas, than Accent reimbursed Jennifer |
| Jennifer A Freeman | 03/27/2024 | zelle | zelle | $ 650.00 | Paid for material purchased by Nikolas, than Accent reimbursed Jennifer. Purchase made at city electric |
| Jennifer A Freeman | 04/10/2024 | zelle | zelle | $ 335.82 | Home depot & Dealers purchases on personal credit card |
| Jennifer A Freeman | 04/12/2024 | Check | 9374 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 04/15/2024 | zelle | zelle | $ 1,387.67 | Equipment purchased at Epting on personal credit card. This is reimbursment |
| Jennifer A Freeman | 04/19/2024 | Check | 9400 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 04/26/2024 | Zelle | zelle | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 05/03/2024 | Check | 9452 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 05/10/2024 | Check | 9478 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 05/17/2024 | Check | 9504 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 05/24/2024 | Check | 9529 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 05/31/2024 | Check | 9555 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 06/05/2024 | zelle | zelle | $ 2,360.76 | $1661.00 Material purchased by Nikolas, $400.18 EPA certification purchased for Hunter, $308.58 Material purchased by Vincent. All paid by Jennifer and this is the reimbursement |
| Jennifer A Freeman | 06/07/2024 | Check | 88006 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 06/07/2024 | Check | 9677 | $ 1,810.97 | Equipment purchase at Hughes on personal credit card. This is reimbursment |
| Jennifer A Freeman | 06/12/2024 | zelle | zelle | $ 603.98 | Paid for Material purchased by Nikolas and reimbursed to Jennifer |
| Jennifer A Freeman | 06/14/2024 | Check | 88032 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 06/18/2024 | zelle | zelle | $ 1,008.67 | Lowes, homedepot, ferguson material purchases on personal credit card |
| Jennifer A Freeman | 06/21/2024 | Check | 88057 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 06/28/2024 | Check | 88082 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 07/05/2024 | Check | 88107 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 07/12/2024 | Check | 88132 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 07/19/2024 | Check | 88157 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 07/26/2024 | Check | 88182 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 08/02/2024 | Check | 88207 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 08/09/2024 | Check | 88232 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 08/16/2024 | Check | 88256 | $ 883.00 | Payroll Check |
| Jennifer A Freeman | 08/23/2024 | Check | 88280 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 08/30/2024 | Check | 88304 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 09/06/2024 | Check | 88327 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 09/13/2024 | Check | 88349 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 09/20/2024 | Check | 88371 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 09/27/2024 | Check | 88393 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 10/04/2024 | Check | 88415 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 10/11/2024 | Check | 88437 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 10/18/2024 | Check | 88460 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 10/25/2024 | Check | 88481 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 11/01/2024 | Check | 88504 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 11/04/2024 | Check | 6075 | $ 4,692.49 | Various equipment and material purchases on personal credit card. This was one reimbursment for 2 months of purchases |
| Jennifer A Freeman | 11/08/2024 | Check | 88526 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 11/08/2024 | zelle | zelle | $ 101.63 | Lennox purchase |
| Jennifer A Freeman | 11/10/2024 | zelle | zelle | $ 321.43 | Paid for material purchased by Ricky than reimburted to Jennifer |
| Jennifer A Freeman | 11/14/2024 | zelle | zelle | $ 420.86 | Paid for material purchased by Nik than reimbursed to Jennifer |
| Jennifer A Freeman | 11/15/2024 | Check | 88545 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 11/22/2024 | Check | 88564 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 11/29/2024 | Check | 88583 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 12/06/2024 | Check | 88602 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 12/13/2024 | Check | 88621 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 12/16/2024 | zelle | zelle | $ 1,149.32 | Epting Purchased made on personal credit card |
| Jennifer A Freeman | 12/20/2024 | Check | 88640 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 12/27/2024 | Check | 88659 | $ 957.10 | Payroll Check |
| Jennifer A Freeman | 01/05/2025 | Check | 88679 | $ 959.40 | Payroll Check |
| Jennifer A Freeman | 01/10/2025 | Check | 88699 | $ 961.40 | Payroll Check |
| Jennifer A Freeman | 01/13/2025 | zelle | zelle | $ 450.00 | Jennifer sent Ricky partial pay advancement |
| Jennifer A Freeman | 01/17/2025 | Check | 88719 | $ 961.40 | Payroll Check |
| Jennifer A Freeman | 01/27/2025 | Check | 2015 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 02/03/2025 | Check | 2036 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 02/10/2025 | Check | 2057 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 02/14/2025 | Check | 2078 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 02/24/2025 | Check | 2099 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 03/03/2025 | Check | 2121 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 03/11/2025 | Check | 2144 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 03/12/2025 | zelle | zelle | $ 450.37 | Paid for material purchased by Ricky than reimbursed to Jennifer |
| Jennifer A Freeman | 03/17/2025 | Check | 2169 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 03/24/2025 | Check | 6210 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 03/31/2025 | Check | 2218 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 03/31/2025 | zelle | zelle | $ 491.34 | Lowes and Epting purchases on credit card |
| Jennifer A Freeman | 04/07/2025 | Check | 2243 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 04/09/2025 | zelle | zelle | $ 102.25 | Home depot purchase on personal card |
| Jennifer A Freeman | 04/14/2025 | Check | 2267 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 04/22/2025 | Check | 2293 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 04/28/2025 | Check | 2317 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 05/05/2025 | Check | 2341 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 05/12/2025 | Check | 2364 | $ 957.40 | Payroll Check |
| Jennifer A Freeman | 05/19/2025 | Check | 2385 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 05/27/2025 | Check | 2409 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 06/02/2025 | Check | 2433 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 06/09/2025 | Check | 2455 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 06/16/2025 | Check | 2479 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 06/23/2025 | Check | 2503 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 06/30/2025 | Check | 2527 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 07/03/2025 | Check | Wire transfer | $ 1,200.00 | Reimbursment for cash loan to Accent |
| Jennifer A Freeman | 07/07/2025 | Check | 2533 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 07/14/2025 | Check | 2549 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 07/21/2025 | Check | 2573 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 07/28/2025 | Check | 2596 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 08/04/2025 | Check | 2617 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 08/04/2025 | Check | Wire transfer | $ 4,300.00 | Reimbursment for cash loan to Accent |
| Jennifer A Freeman | 08/05/2025 | zelle | zelle | $ 621.67 | Fuel for Ricky and reimbursement for material purchased by Nikolas |
| Jennifer A Freeman | 08/11/2025 | Check | 2650 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 08/14/2025 | Check | 6366 | $ 2,097.72 | Epting purchase |
| Jennifer A Freeman | 08/26/2025 | Check | 2680 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 08/26/2025 | Check | 2703 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 08/29/2025 | zelle | zelle | $ 462.99 | Fuel for multiple techs and home depot purchase |
| Jennifer A Freeman | 09/01/2025 | Check | 2725 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 09/08/2025 | Check | 2747 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 09/29/2025 | Check | 2854 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 10/13/2025 | Check | 1140 | $ 2,050.00 | Purchases on 10/6 & 10/13 |
| Jennifer A Freeman | 10/20/2025 | Check | 2871 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 10/27/2025 | Check | 2887 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 10/31/2025 | zelle | zelle | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 11/10/2025 | Check | 2918 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 11/17/2025 | Check | 2933 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 11/24/2025 | Check | 2918 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 12/01/2025 | Check | 2933 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 12/02/2025 | venmo | venmo | $ 698.55 | Insurance payment and carrier purchase |
| Jennifer A Freeman | 12/02/2025 | wire | wire | $ 1,027.34 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll |
| Jennifer A Freeman | 12/08/2025 | Check | 2980 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 12/15/2025 | wire | wire | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 12/22/2025 | Check | 3011 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 12/29/2025 | Check | 3027 | $ 1,024.82 | Payroll Check |
| Jennifer A Freeman | 01/07/2026 | Check | 3041 | $ 1,041.36 | Payroll Check |
| Jennifer A Freeman | 01/12/2026 | Check | 3055 | $ 1,041.36 | Payroll Check |
| Jennifer A Freeman | 01/14/2026 | wire | wire | $ 1,082.79 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll. |
| Jennifer A Freeman | 01/19/2026 | Check | 3063 | $ 1,041.36 | Payroll Check |
| Jennifer A Freeman | 01/21/2026 | wire | wire | $ 1,082.79 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll. |
| Jennifer A Freeman | 01/26/2026 | 3083 | wire | $ 1,041.36 | Payroll Check |
| Jennifer A Freeman | 01/27/2026 | wire | wire | $ 1,082.79 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll. |
| Jennifer A Freeman | 10/20/2026 | wire | wire | $ 1,027.34 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll. |
| Jennifer A Freeman | 12/09/2026 | wire | wire | $ 1,027.34 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll. |
| Jennifer A Freeman | 12/16/2026 | wire | wire | $ 1,077.34 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll. |
| Jennifer A Freeman | 12/22/2026 | wire | wire | $ 1,077.34 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll |
| Jennifer A Freeman | 12/29/2026 | wire | wire | $ 1,077.34 | Sent to Jennifer, than Jennifer sent via Cash App to Jill Clark for her payroll |
| | | | | **$ 122,847.58** | |

| | Name | | Date | | Type | | Num | | Credit | | Transaction Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Jan 27, '24 - Jan 27, 26** | | | | | | | | | | | |
| | William Beasley | | 01/27/2026 | | Check | | Zelle | | 349.05 | | Personal card used for Material Purchase |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Western District of North Carolina

In re   Accent Comfort Services, LLC _____   Case No.   26-30097 _____
Debtor(s)                                        Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................   $   <u>Fees & Expenses</u>

Prior to the filing of this statement I have received ....................................   $   <u>15,000.00</u>

Balance Due ...........................................................................................   $   <u>Pending Fee Appl.</u>

2.   The source of the compensation paid to me was:

☒ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

☒ Debtor        ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
*Date*

/s/ John C. Woodman _____
John C. Woodman
*Signature of Attorney*
ESSEX RICHARDS PA
1701 South Boulevard
Charlotte, NC 28203
(704) 377-4300   Fax: (704) 372-1357
jwoodman@essexrichards.com _____
*Name of law firm*