**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **ACCENT COMFORT SERVICES, LLC,** | ) | **Case No. 26-30097** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM STAY

**NOW COMES** Accent Comfort Services, LLC (the "Debtor"), and hereby objects to the *Motion For Relief from Automatic Stay* [Doc. No. 57] (the "Motion") filed by AmeriCredit Financial Services, Inc. d/b/a GM Financial (the "Movant"). The Debtor requests that: (i) the Motion be denied, or in the alternative adequate protection be awarded and determined by the Court; (ii) that the Court hold a hearing on the Motion; (iii) that to the extent such hearing is preliminary, that the stay continue in effect pending final adjudication of the Motion; and (iv) alternatively, if the Motion is granted, that Bankruptcy Rule 4001(a)(3) not be waived.

**WHEREFORE**, the Debtor respectfully requests that the Court deny the relief sought in the Motion and grant such other and further relief as is just and proper.

Dated: Charlotte, North Carolina
      May 7, 2026

**ESSEX RICHARDS, P.A.**

 /s/ *John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
E-mail: jwoodman@essexrichards.com
*Attorney for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 7, 2026 , I electronically filed the attached *Debtor's Response to Motion for Relief From Stay* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following parties:

Shelley K. Abel, U.S. Bankruptcy Administrator
Eudora F.S. Arthur, Attorney for AmeriCredit Financial Services, Inc. d/b/a GM Financial

**ESSEX RICHARDS, P.A.**

 /s/John C. Woodman
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Telephone: (704) 377-4300
*Email:  jwoodman@essexrichards.com*
*Attorney for the Debtor*