**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **ACCENT COMFORT SERVICES, LLC** | ) | **Case No. 26-30097** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## REPORT OF VOTING ON PLAN OF REORGANIZATION

The above-captioned debtor, ACCENT COMFORT SERVICES, LLC (the "Debtor"), by and through the undersigned counsel, respectfully submits the following as a report of ballots received for each class of creditors entitled to vote on the *Plan of Reorganization Pursuant to § 1190 of the Bankruptcy Code* dated April 27, 2026 (the "Plan") [ECF No. 72].

| Class | Creditor Name | Doc. No. | Amount of Claim | Vote |
|---|---|---|---|---|
| *Class 1: Secured Creditors* | *TD Bank, N.A.* | 99 - *Stipulation* | $31,650.00 | Accept |
| | *JP Morgan Chase Bank, N.A.* | 109 - *Stipulation* | $55,537.50 | Accept |
| *Class 2: General Unsecured Claims* | *TD Bank, N.A.* | 99 - *Stipulation* | $9,042.75 | Accept |
| | *JP Morgan Chase Bank, N.A.* | 109 - *Stipulation* | $23,239.09 | Accept |
| *Class 3: Equity Interests in the Debtor* | - | - | - | - |

The voting total in Class 1 consists of 2 of 2 votes with a monetary pool of $87,187.50 in favor of the Plan.  Class 2 consists of 2 of 2 votes with a monetary pool of $32,281.84, also in favor of the Plan.   Consequently, the Debtor proffers that there are sufficient grounds for the Plan to be confirmed under section 1191(a).

This the 15th day of June, 2026

**ESSEX RICHARDS, P.A.**

_/s/ John C. Woodman_
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, North Carolina 28203
Tel: (704) 377-4300
Fax:  (704) 372-1357
E-mail: jwoodman@essexrichards.com
*Counsel for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | | |
|---|---|---|
| **ACCENT COMFORT SERVICES, LLC** | ) | **Case No. 26-30097** |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing *REPORT OF VOTING ON PLAN OF REORGANIZATION* were served by electronic notification on those parties registered with the United States Bankruptcy Court, Western District of North Carolina ECF system to receive notices for this case.

 Dated: Charlotte, North Carolina
June 15, 2026

**ESSEX RICHARDS, P.C.**

*/s/ John C. Woodman*
John C. Woodman (NC Bar No. 42365)
1701 South Boulevard
Charlotte, NC 28203
Telephone (704) 377-4300
E-mail: jwoodman@essexrichards.com